IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PLAINTIFFS BIOCHEM, INC., <br> PLAINTIFFS LIFE SCIENCES, INC., <br> and YALE UNIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> APPLERA CORP. and TROPIX, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 3-04-CV-929(JBA) |

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Pursuant to Rules 33, 34, and 37 of the Federal Rules of Civil Procedure, Plaintiffs Enzo Biochem, Inc., Enzo Life Sciences, Inc., and Yale University, respectfully move that this Court compel discovery of defendants Applera Corp. and Tropix, Inc. (collectively "Applera"), with respect to numerous significant discovery deficiencies pertaining to Applera's answers to Plaintiffs' first set of interrogatories, and its responses to Plaintiffs' first set of document requests. The grounds for this motion are more fully stated in the accompanying brief in support. Counsel for Plaintiffs state that they have made a good faith effort to resolve the matters at issue with counsel for Applera, without success, thereby necessitating the filing of this motion.

Dated: February 22, 2005

Respectfully Submitted,

By Counsel:

_____
Marie A. Casper (CT08974)
Edward R. Scofield (CT00455)
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, Connecticut 06606-1740
(203) 333-9441

Scott L. Robertson (CT20318)
Jennifer A. Albert (CT26381)
David A. Kelly (CT26466)
**HUNTON & WILLIAMS**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Gregory N. Stillman (CT26467)
**HUNTON & WILLIAMS**
SunTrust Bank Building
500 East Main Street, Suite 1000
P.O. Box 3889
Norfolk, Virginia 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2005, I caused a copy of the foregoing **PLAINTIFFS' MOTION TO COMPEL DISCOVERY** to be served via hand delivery upon:

>James T. Shearin, Esq.
>Aimee J. Wood, Esq.
>Pullman & Comley, LLC
>850 Main St.
>Bridgeport, CT 06604
>Telephone: (203) 330-2000

and by U.S. first-class mail, postage prepaid, upon:

>Matthew Powers
>Weil, Gotshal & Manges, LLP
>201 Redwood Shores Parkway
>Redwood Shore, CA 94065
>Telephone: (650) 802-3200
>
>Nicholas Groombridge
>Ling Zhong
>Mamoni Bhattacharyya
>Peter Sandel
>Weil, Gotshal & Manges, LLP
>767 Fifth Avenue
>New York, NY 10153
>Telephone: (212) 310-8000

_____
Marie A. Casper