IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ENZO BIOCHEM, INC., ENZO LIFE SCIENCES, INC., and YALE UNIVERSITY, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3-04-CV-929(JBA) |
| v. | ) ) | |
| APPLERA CORP. and TROPIX, INC., | ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' STATUS REPORT

Plaintiffs Enzo Biochem, Inc., Enzo Life Sciences, Inc., and Yale University ("Plaintiffs"), by their counsel, hereby submit this Status Report pursuant to the Court's November 4, 2004 Order. Plaintiffs state as follows:

1. Pursuant to the Court's September 13, 2004 Order instructing the parties to commence discovery, Plaintiffs served interrogatories and requests for production of documents and things on Applera Corp. and Tropix, Inc. ("Defendants") on September 15, 2004. Plaintiffs served their initial disclosures upon Plaintiffs on October 15, 2004. Defendants served their interrogatories and requests for production of documents and things on October 11, 2004 and their initial disclosures on October 13, 2004. Defendants served their objections and preliminary responses to Plaintiffs' discovery requests on October 25, 2004. Plaintiffs served their objections and preliminary responses to Defendants' discovery requests on December 1, 2004.

2. On January 13, 2005, Plaintiffs produced 100,153 pages of documents in response to Defendants' document requests. On January 19, Defendants produced 32,586 pages of documents in response to Plaintiffs' document requests. On January 28, Plaintiffs produced an

additional 95,085 pages of documents. On February 5, Defendants produced an additional 17,511 pages of documents. On February 18, Plaintiffs produced another 35,171 documents. To date, Plaintiffs have produced a total of 230,409 pages of documents; Defendants have produced a total of 49,098 pages of documents.

3. At present, no Protective Order has been entered in the case and all documents have been produced on an outside attorney's eyes only basis pending entry of a mutually acceptable Protective Order. On December 3, 2004, Plaintiffs presented to Defendants a proposed draft protective order to govern the handling of confidential documents in this case. Defendants failed to comment on the draft order for nearly two months, finally forwarding their proposed revisions to Plaintiffs' counsel on January 21, 2005. To expedite entry of the order, Plaintiffs adopted all of Defendants' proposed revisions, and on January 31, 2005, forwarded the draft Protective Order to Defendants' counsel for final review. Notwithstanding Plaintiffs' adoption of all Defendants' proposed revisions, on February 17, 2005, Defendants responded with additional proposed revisions. That same day, Plaintiffs once more accepted all of Defendants' proposed revisions and requested that Defendants transmit the executed order to Plaintiffs' local counsel for filing with the Court. To date, Plaintiffs have not received the executed order.

4. There are presently no outstanding motions in the case. However, concurrently with the filing of the present Status Report, Plaintiffs are filing a Motion to Compel Discovery, and a Brief in Support of the Motion. In their Brief, Plaintiffs explain how Defendants have thus far failed to comply with their basic discovery obligations. They have failed to produce documents responsive to many of Plaintiffs' document requests, and have provided only cursory

responses objections to most of Plaintiffs' interrogatories. Accordingly, Plaintiffs are requesting that the Court compel Defendants to comply with their discovery obligations.

5. Plaintiffs are very concerned with the pace of this case. Defendants have not been forthcoming with discovery, and Plaintiffs worry that Defendants' failure to comply with its discovery obligations places the Court-imposed deadlines in jeopardy.

Dated: February 22, 2005                                    Respectfully Submitted,


                                                            By Counsel:


                                                            _____
                                                            Marie A. Casper (CT08974)
                                                            Edward R. Scofield (CT00455)
                                                            Zeldes, Needle & Cooper
                                                            1000 Lafayette Blvd.
                                                            P.O. Box 1740
                                                            Bridgeport, Connecticut 06606-1740
                                                            (203) 333-9441

                                                            Scott L. Robertson (CT20318)
                                                            Jennifer A. Albert (CT26381)
                                                            David A. Kelly (CT26466)
                                                            **HUNTON & WILLIAMS**
                                                            1900 K Street, N.W.
                                                            Washington, D.C. 20006-1109
                                                            Telephone: (202) 955-1500
                                                            Facsimile:  (202) 778-2201

                                                            Gregory N. Stillman (CT26467)
                                                            **HUNTON & WILLIAMS**
                                                            SunTrust Bank Building
                                                            500 East Main Street, Suite 1000
                                                            P.O. Box 3889
                                                            Norfolk, Virginia 23510
                                                            Telephone: (757) 640-5300
                                                            Facsimile: (757) 625-7720

                                                            Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

This is to certify that a copy of the PLAINTIFFS' STATUS REPORT has been mailed via U.S. First Class, postage prepaid, on this date, to:

> James T. Shearin, Esq.
> Aimee J. Wood, Esq.
> Pullman & Comley, LLC
> 850 Main St.
> Bridgeport, CT 06604
> Telephone: (203) 330-2000
>
> Matthew Powers
> Weil, Gotshal & Manges, LLP
> 201 Redwood Shores Parkway
> Redwood Shore, CA 94065
> Telephone: (650) 802-3200
>
> Nicholas Groombridge
> Ling Zhong
> Mamoni Bhattacharyya
> Peter Sandel
> Weil, Gotshal & Manges, LLP
> 767 Fifth Avenue
> New York, NY 10153
> Telephone: (212) 310-8000
>
> Attorneys for Defendants

Dated at Bridgeport, Connecticut on this 22nd day of February 2005.

_____
Marie A. Casper