UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENZO BIOCHEM, INC., ENZO LIFE SCIENCES, INC., and YALE UNIVERSITY, )<br>)<br>)<br>) | |
| Plaintiffs, ) | CIVIL ACTION NO. 3-04-CV-929(JBA) |
| ) | |
| v. ) | |
| ) | |
| APPLERA CORP. and TROPIX, INC., ) | |
| ) | OCTOBER 11, 2005 |
| Defendants. ) | |

NOTICE OF MANUAL FILING

Please take notice that Plaintiffs have manually filed the following document or thing: Exhibits 1 through 16 to the Plaintiffs' Memorandum of Law In Support of Their Claim Construction.

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

                                                                                         /s/
                                    Edward R. Scofield (CT00455)

                                                  Zeldes, Needle & Cooper
                                                  1000 Lafayette Blvd.
                                                  P.O. Box 1740
                                                  Bridgeport, Connecticut 06606-1740
                                                  Tel. (203) 333-9441
                                                  Fax: (203) 333-1489
                                                  Email: escofield@znclaw.com

                                                  Scott L. Robertson (CT20318)
                                                  Jennifer A. Albert (CT26381)
                                                  David A. Kelly (CT26466)
                                                  **HUNTON & WILLIAMS**
                                                  1900 K Street, N.W.
                                                  Washington, D.C. 20006-1109
                                                  Telephone: (202) 955-1500
                                                  Facsimile: (202) 778-2201

        Gregory N. Stillman (CT26467)
        **HUNTON & WILLIAMS**
        SunTrust Bank Building
        500 East Main Street, Suite 1000
        P.O. Box 3889
        Norfolk, Virginia 23510
        Telephone: (757) 640-5300
        Facsimile: (757) 625-7720

Attorneys for Plaintiffs

**CERTIFICATION**

This is to certify that a copy of the foregoing Notice of Manual Filing with Exhibits 1 through 16 to the Plaintiffs' Memorandum of Law In Support of Their Claim Construction has been sent, on this date, to:

*By hand to:*

    James T. Shearin, Esq.
    Aimee J. Wood, Esq.
    Pullman & Comley, LLC
    850 Main St.
    Bridgeport, CT  06604

*and by electronic mail and U.S. First Class Mail, postage prepaid, to:*

    Nicholas Groombridge
    Ling Zhong
    Mamoni Bhattacharyya
    Peter Sandel
    Weil, Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, NY  10153

                                      _____/s/_
                                            Edward R. Scofield