# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENZO BIOCHEM, INC., ENZO LIFE SCIENCES, INC., and YALE UNIVERSITY, | ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO. 3-04-CV-929(JBA) ) |
| v. | ) ) |
| APPLERA CORP. and TROPIX, INC., | ) ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The parties, Enzo Biochem, Inc., Enzo Life Sciences, Inc., and Yale University ("Plaintiffs"), and Applera Corp. and Tropix, Inc. ("Defendants"), by their respective counsel, hereby submit this Joint Status Report pursuant to the Court's November 5, 2005 Order. The parties state as follows:

(a) **Status of the Case**

1. **The parties have completed their *Markman* briefing.**

Pursuant to the Court's instructions during the June 28 status conference, Defendants submitted their claim constructions on July 5. Pursuant to the Court's July 7 Order, Plaintiffs submitted their reply claim constructions on July 19. Claim construction expert reports were exchanged on August 18, and rebuttal reports exchanged on September 1. Plaintiffs filed their *Markman* brief on October 11. Defendants filed their brief on October 14, having obtained a three day extension. On October 28, the parties filed their reply briefs.

2. **Depositions have begun.**

Defendants have taken the depositions of Dr. David Ward and Dr. Alexander Waldrop, two of the inventors of U.S. Patent Nos. 4,711,955 ("the '955 Patent"), 5,328,824 ("the '824

Patent"), 5,449,767 ("the '767 Patent"), and 5,476,928 ("the '928 Patent") — collectively referred to as the "Ward Patents." Defendants have noticed the depositions of twelve other witnesses. Plaintiffs have also noticed six depositions, including four witness depositions and two 30(b)(6) depositions.

### (b) Pending Motions

There are two motions currently pending. The first is Defendants' motion objecting to the Magistrate Judge's September 29 Order directing Defendants to supplement their responses to Plaintiffs' Interrogatories. Defendants' motion, filed on October 17, 2005, argued that Defendants could not comply with the Magistrate's Order because they could not discern the scope of the Order. Plaintiffs responded on October 27, arguing that Defendants' motion was without merit. The Court has yet to rule on Defendants' motion.

The second pending motion is the parties' Joint Motion to Stay Discovery 60 Days Pending Settlement Discussions, filed on November 30, 2005.

### (c) Circumstances Potentially Interfering with the Parties' Compliance with the Scheduling Order

As explained in the parties' Joint Motion to Stay Discovery 60 Days Pending Settlement Discussions, the parties have agreed to engage in good faith settlement discussions to resolve their differences amicably and without further involvement of the Court. To facilitate settlement discussions, the parties have hired a professional mediator and are attempting to schedule a meeting between the party principals and the mediator for February 8, 2006. In the event that mediation doe not prove fruitful, the parties will be jointly asking the Court for a modified scheduling order.

Dated: January 24, 2006                                    Respectfully Submitted,


                                                           By Counsel:


/s/ _____                                 /s/ _____
Marie A. Casper (CT08974)                                  James T. Shearin (CT01326)
Edward R. Scofield (CT00455)                               Aimee J. Wood (CT18702)
**ZELDES, NEEDLE & COOPER**                                **PULLMAN & COMLEY, L.L.C.**
1000 Lafayette Blvd.                                       850 Main Street
P.O. Box 1740                                              Bridgeport, CT 06610
Bridgeport, Connecticut 06606-1740                         Telephone: (203) 330-2000
(203) 333-9441                                             Facsimile: (202) 576-8888

Scott L. Robertson (CT20318)                               Nicholas Groombridge
David A. Kelly (CT26466)                                   Mamoni Bhattacharyya
**HUNTON & WILLIAMS**                                      Peter Sandel
1900 K Street, N.W.                                        Ryan Owens
Washington, D.C. 20006-1109                                **WEIL, GOTSHAL & MANGES, LLP**
Telephone: (202) 955-1500                                  767 Fifth Avenue
Facsimile: (202) 778-2201                                  New York, New York 10153
                                                           Telephone: 212-310-8000
                                                           Facsimile: 212-310-8007

Gregory N. Stillman (CT26467)                              Matthew Powers
**HUNTON & WILLIAMS**                                      Ernest Chen
SunTrust Bank Building                                     **WEIL, GOTSHAL & MANGES, LLP**
500 East Main Street, Suite 1000                           201 Redwood Shores Parkway
P.O. Box 3889                                              Redwood Shores, CA 94065
Norfolk, Virginia 23510                                    Telephone: (650) 802-3200
Telephone: (757) 640-5300                                  Facsimile: (650) 802-3100
Facsimile: (757) 625-7720

Counsel for Plaintiffs                                     Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2006, a copy of foregoing **JOINT STATUS REPORT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ _____
David A. Kelly (CT26466)
**HUNTON & WILLIAMS**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
Email: dkelly@hunton.com