UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENZO BIOCHEM, INC., ENZO LIFE SCIENCES, INC. and YALE UNIVERSITY, : | |
| Plaintiffs, : | No. 3:04CV929 (JBA) |
| V. : | |
| APPLERA CORPORATION and TROPIX, INC., : | |
| Defendants. : | July 12, 2006 |

## MOTION TO WITHDRAW APPEARANCES OF COUNSEL

The undersigned hereby moves to withdraw the appearances of (1) David Kelly and (2) Emerson V. Briggs III of the law firm of Hunton & Williams, LLP, as counsel for the Plaintiffs in this action. The undersigned will remain as local counsel.

Accordingly, Plaintiffs request that the appearances of: David Kelly and Emerson V. Briggs III be withdrawn.

Respectfully submitted,

*(signature)*
Edward R. Scofield (ct00455)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: escofield@znclaw.com

Attorney for Plaintiffs Enzo Biochem, Inc.,
Enzo Life Sciences, Inc. and Yale University

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2006, a copy of the foregoing Motion to Withdraw Appearances of Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated at Bridgeport, Connecticut on this 12th day of July 2006.

/s/ Edward R. Scofield

Edward R. Scofield (CT00455)
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, Connecticut 06606-1740
Tel. (203) 333-9441
Fax: (203) 333-1489
Email: escofield@znclaw.com

Attorney for Plaintiffs