THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ENZO BIOCHEM, INC., ENZO LIFE SCIENCES, INC., and YALE UNIVERSITY, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO. 3-04-CV-929(JBA) |
| v. | ) ) ) | |
| APPLERA CORP. and TROPIX, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs Enzo Biochem, Inc., Enzo Life Sciences, Inc. and Yale University have manually filed the following exhibits cited in Plaintiffs' Statement of Undisputed Facts and Declaration of Jeffrey T. Perez in Support of Plaintiffs' Motion for Partial Summary Judgment of Patent Infringement by Defendant Applera Corp. of U.S. Patent Nos. 5,476,928, 5,449,767 and 5,328,824:

| Exhibit | Description |
|---|---|
| 1. | U.S. Patent No. 5,476,928 |
| 2. | U.S. Patent No. 5,449,767 |
| 3. | U.S. Patent No. 5,328,824 |
| 4. | Parties' Joint Submission Regarding Requests for Permission to File Summary Judgment Motions filed on February 22, 2007 |
| 5. | Court's Claim Construction Ruling entered on October 12, 2006 |
| 6. | Excerpted pages from Applera and Tropix's Second Supplemental Responses to Plaintiffs' Interrogatories Nos. 4, 6, 7, 8, and 11 served on September 9, 2005 |

7. Excerpted pages from Applera and Tropix's Third Supplemental Responses to Plaintiffs' Interrogatories Nos. 4 and 8, and Fourth Supplemental Responses to Plaintiffs' Interrogatories Nos. 6 and 11, and Fifth Supplemental Response to Plaintiffs' Interrogatory No. 7 served on February 26, 2007

8. Facsimile to Hon. Lawrence J. Goffney, Jr., Assistant Commissioner of Patents from Stephen C. Macevicz, Senior Patent Attorney for the Applied Biosystems Division of Perkin Elmer dated March 7, 1995 regarding Submarine Patent Application

9. Excerpted pages from the deposition transcript of Steven M. Menchen, Ph.D. taken on January 24, 2007

10. Excerpted pages from the deposition transcript of Jonathan Cassel taken on December 13, 2006

11. Venter, J.C. et al. (2001), "Sequencing the Human Genome," *Science* *291*, 1304-1351

12. Excerpted pages from Menchen Deposition Exhibit 2, "Automated DNA Sequencing Guide (2000)"

13. Rosenblum et al., "New Dye-Labeled Terminators for Improved DNA Sequencing Patterns," *Nucleic Acids Research*, 1997, bearing bates numbers AP049691-AP049696

14. Facsimile to Steve Macevicz, Senior Patent Attorney for the Applied Biosystems Division of Perkin Elmer, from Ronald Fedus, Patent Counsel for Enzo, dated February 10, 1995, and bearing bates numbers GT013182-GT013199

15. Excerpted pages from Menchen Deposition Exhibit 14, "BigDye Terminator v3.1 Cycle sequencing Kit (2002)"

16. Excerpted pages from the deposition transcript of Ronald C. Fedus taken on January 12, 2007

17. U.S. Patent 4,711,955

18. Excerpted pages from Plaintiffs' Supplemental Response to Interrogatory No. 8 and Objections and Answers and Objections to Defendants' Second Set of Interrogatories dated November 7, 2006

19. Excerpted pages from the deposition transcript of Elazar Rabbani taken on February 8, 2007

The above-referenced documents have not been electronically filed because they exceed the maximum document size of 1.5MB.

The above-referenced documents have been manually served on all parties.

Respectfully submitted,

Dated: March 5, 2007

By Counsel:

Edward R. Scofield (CT00455)
Marie A. Casper (CT08974)
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, Connecticut 06606-1740
(203) 333-9441

Scott L. Robertson (CT20318)
Jeffrey T. Perez (CT26465)
**HUNTON & WILLIAMS**
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

David A. Kelly (CT26466)
**HUNTON & WILLIAMS**
600 Peachtree Street, N.E.
Suite 4100
Atlanta, GA 30308-2216
Telephone: (404) 888-4000
Facsimile: (404) 602-8671

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007, a copy of the foregoing Notice of Manual Filing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties my access this filing through the Court's CM/ECF System.

Jeffrey T. Perez