IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENZO BIOCHEM, INC., ENZO LIFE SCIENCES, INC., and YALE UNIVERSITY, | )<br>)<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION NO. 3-04-CV-929 (JBA) |
| v. | )<br>) |
| APPLERA CORP. and TROPIX, INC., | )<br>)<br>) |
| Defendants. | ) |

## APPLERA'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Applera Corporation and Tropix, Inc. (collectively, "Applera") hereby move for summary judgment that the asserted claims of the Ward patents[1] are invalid on the following grounds: (1) the asserted claims of the '824 and '767 patents, as construed by the Court, are invalid for failure to satisfy the written description requirement of 35 U.S.C. § 112, ¶ 1; (2) the asserted claims of the patents-in-suit are invalid for failure to satisfy the claim definiteness requirement of 35 U.S.C. § 112, ¶ 2; and (3) the asserted claims of the '824, '767, and '928 patents are invalid for anticipation under 35 U.S.C. § 102.

In support of this motion, Applera submits the accompanying Local Rule 56(a)1 Statement, the accompanying Memorandum of Law in Support of Applera's Motion for

---

[1] The Ward patents are U.S. Patent Nos. 4,711,955 (the "'955 patent"), 5,467,928 (the "'928 patent"), 5,449,767 (the "'767 patent"), and 5,328,824 (the "'824 patent"). Plaintiffs Enzo Biochem, Inc., Enzo Life Sciences, Inc. and Yale University have asserted claims 1, 2, 15, 16, 17, 18, and 21 of the '955 patent; claims 1, 2, 8, 11, 13, 42, 46, 47, 48, 49, 50, 51, 67, 68, and 70 of the '767 patent; claims 1, 18, 19, 21, 26, and 28 of the '824 patent; and claims 1 and 2 of the '928 patent.

ORAL ARGUMENT REQUESTED

Summary Judgment of Invalidity, the accompanying Declaration of Larry J. Kricka in Support of Applera's Motion for Summary Judgment of Invalidity, and the accompanying Declaration of Ryan R. Owens in Support of Applera's Motion for Summary Judgment of Invalidity and attached exhibits.

WHEREFORE, Applera respectfully requests that this Court grant its motion for summary judgment of invalidity.

Dated: March 5, 2007

By: _____/s/ James T. Shearin_____
Nicholas Groombridge
Elizabeth Stotland Weiswasser
Mamoni Bhattacharyya
Peter Sandel
Ryan R. Owens
Jennifer H. Wu
**WEIL, GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007

Matthew D. Powers
**WEIL, GOTSHAL & MANGES, LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3200
Facsimile: (650) 802-3100

James T. Shearin (ct01326)
Aimee J. Wood (ct18702)
**PULLMAN & COMLEY, L.L.C.**
850 Main Street
Bridgeport, CT 06610
Telephone: (203) 330-2000
Facsimile: (202) 576-8888
Counsel for Defendants Applera Corporation and Tropix Inc.

3

## CERTIFICATION

I hereby certify that on March 5, 2007, a copy of the Applera's Motion for Summary Judgment of Invalidity was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/
                                    James T. Shearin, Esq. – ct 01326

Bridgeport/69849.1/JTS/631904v1