# Appendix A

# *Curriculum Vitae*

## DAVID HOWARD SHERMAN
*Address*

University of Michigan
Life Sciences Institute
210 Washtenaw Avenue
Ann Arbor, Michigan 48109-2216
734-615-9907 (FAX: 734-615-3641)
Email: davidhs@umich.edu

## *Personal Data*

Date of Birth: June 12, 1957 (Minneapolis, Minnesota)
Marital Status: Married, 30 August 1981 to Carey Welles Wexler, three children (Maja, Jonathan, Hannah)
Citizenship: USA

## *Education*

B.A. in Chemistry (with Honors) from the University of California, Santa Cruz, CA: 1975 - 1978
Research Advisor: Professor Phil Crews

Ph.D. in Organic Chemistry from Columbia University, New York City, NY; 1978 - 1981
Research Advisor: Professor Gilbert Stork

## *Professional Appointments*

| | |
|---|---|
| 1981 - 1982 | Postdoctoral, Yale University, New Haven, CT (R.E. Handschumacher) |
| 1982 - 1984 | Postdoctoral, Massachusetts Institute of Technology, Cambridge, MA (H.N. Eisen) |
| 1984 - 1987 | Research Scientist, Biogen Research Corp., Cambridge, MA |
| 1987 - 1990 | Research Scientist, John Innes Institute, Norwich, U.K. |
| 1990 - 1995 | Assistant Professor, University of Minnesota, Department of Microbiology and Biological Process Technology Institute |
| 1995 – 2000 | Associate Professor, University of Minnesota, Department of Microbiology and Biological Process Technology Institute |
| 1996 – 1998 | Director, University of Minnesota, Center for Microbial Physiology and Metabolic Engineering |
| 1997 (sabbatical) | Senior Director, ChromaXome Corporation, San Diego, CA |
| 1998 – 2001 | Director, Microbiology, Immunology and Cancer Biology Graduate Program |
| 1999 – present | Founder and Chief Technical Consultant, Acera Biosciences, Inc. |
| 2000 – 2003 | Director, UMN-NIGMS Biotechnology Training Program |
| 2000 – 2003 | Professor, University of Minnesota, Department of Microbiology |
| 2003 – present | J. G. Searle Professor, University of Michigan, Department of Medicinal Chemistry |
| 2003 – present | Professor, University of Michigan, Department of Chemistry |
| 2003 – present | Professor, University of Michigan, Department of Microbiology & Immunology |

1

2004 – present    Director, Center for Chemical Genomics, Life Sciences Institute, University of Michigan

## *Honors and Awards*

| | |
|---|---|
| 1978 | American Chemical Society Award for Excellence in Undergraduate Research |
| 1978 | University of California, Santa Cruz, Honors in the Major (Chemistry) |
| 1981 | Pegram Award for Excellence in Graduate Research, Columbia University |
| 1982 - 1984 | National Institutes of Health Postdoctoral Fellowship |
| 1984 - 1986 | Myron A. Bantrell Postdoctoral Research Fellowship in Molecular Biology |
| 1990 - 1992 | Eli Lilly Life Sciences Award |
| 1992 - 1995 | Procter & Gamble University Exploratory Research Program |
| 2003 - | John Gideon Searle Jr. Professorship, University of Michigan |
| 2005- | Co-chair, University of Miami Oceans and Human Health Center External Advisory Committee |
| 2005 | Invited Participant, ASM-NIH Workshop on Basic Bacterial Research |

## *Research Experience and Interests*

Undergraduate Research (U.C. Santa Cruz): A novel GC/MS method was developed for the identification and characterization of polysaccharide natural products from marine alga.

Graduate Research (Columbia University): A general method was developed for construction of trans-hydrindanone ring systems, and the total synthesis of 11-keto steroids using an intramolecular Diels-Alder approach.

Postdoctoral Research (Yale University): Studies of the immunosuppressive drug cyclosporin A were performed to determine its effects on thymocyte populations in mice.

Postdoctoral Research (MIT): Studies were conducted on non-H-2 class I molecules of the mouse major histocompatibility complex. Our work showed that specific subpopulations of T cells expressed structurally diverse molecules encoded in the Qa-2 locus.

Biogen Research Corporation (Cambridge, MA): A molecular genetic study was conducted on insulin-specific, class II MHC restricted T cell receptors in mice. Further biochemical and molecular genetic studies were conducted on Qa-2 encoded MHC molecules.

John Innes Institute (Norwich, U.K.): A molecular genetic analysis of type II polyketide synthase systems was conducted to explore the identity and potential mechanism of construction of complex secondary metabolites in *Streptomyces*.

University of Michigan (Ann Arbor, MI): Research interests include molecular genetic, biochemical and bioorganic chemical studies of natural product biosynthetic pathways from marine and terrestrial microbes. Metabolic engineering and microbial genomic technologies are being developed and utilized for the production of novel biologically active molecules and biomaterials.

## *Professional Memberships*

| | |
|---|---|
| 1978 - Present | American Chemical Society |
| 1982 - Present | American Association for the Advancement of Science |

1987 - Present    American Society for Microbiology
2000 – Present    Society for Industrial Microbiology

## *Publications*

1. Stork, Gilbert and David H. Sherman. 1982. "Efficient *de novo* construction of the indanpropionic acid precursor of 11-keto steroids. An improved internal Diels-Alder sequence," *J. Amer. Chem. Soc.* 104:3758-3759.

2. Kranz, David M., David H. Sherman, Michael V. Sitkovsky, Mark S. Pasternack, and Herman N. Eisen. 1984. "Immunoprecipitation of cell surface structures of cloned cytotoxic T lymphocytes by clone-specific antisera," *Proc. Natl. Acad. Sci.* USA 81:573-577.

3. Sherman, David H. 1984. "Increasing sensitivity of luminescent enzyme immunoassay," *Trends in Biotechnology* **2**:1-2.

4. Sherman, David H., David M. Kranz, and Herman N. Eisen. 1984. "Expression of structurally diverse Qa-2 encoded molecules on the surface of cloned cytotoxic T lymphocytes," *Journal of Experimental Medicine* 160:1421-1430 .

5. Devlin, James J., Georg Widera, Andrew L. Mellor, Karen Fahrner, David H. Sherman, Elisabeth H. Weiss, and Richard A. Flavell. 1985. "Evolution and expression of the transplantation antigen gene family," *Federation Proceedings* 44:2736-2740 .

6. Sherman, David H., David M. Kranz, and Herman N. Eisen. 1985. "Qa-2 encoded molecules expressed on the surface of cloned cytotoxic T lymphocytes are structurally diverse," *The Cell Biology of the MHC,* H. Vogel and B. Pernis (eds.), Academic Press, Inc., New York.

7. Flavell, Richard A., Hamish Allen, Linda C. Burkly, David H. Sherman, Gerald L. Waneck, and Georg Widera. 1986. "Molecular biology of the H-2 complex," *Science* 223**:**437-443.

8. Sherman, David H., Paula S. Hochman, Robert Dick, Richard Tizard, K.L. Ramachandran, Richard A. Flavell, and Brigitte T. Huber. 1987. "A molecular analysis of antigen recognition by insulin specific T cell hybridomas from B6 wild type and bm12 mutant mice," *Molecular and Cellular Biology* **7**:1865-1872.

9. Waneck, Gerald L., David H. Sherman, Susan Calvin, Hamish Allen, and Richard A. Flavell. 1987. "Tissue-specific expression of a transfected Qa region gene ($Q7^b$) encoding the Qa-2 alloantigen," *Journal of Experimental Medicine* 165:1358-1370.

10. Sherman, David H., Gerald L. Waneck, and Richard A. Flavell. 1988. "Qa-2 antigen encoded by $Q7^b$ transfected R1.1 cells is biochemically indistinguishable from Qa-2 expressed on the surface of C57B1/10 mouse spleen cells," *Journal of Immunology* 140:138-142.

11. Waneck, Gerald L., David H. Sherman, Paul W. Kincade, Martin G. Low, and Richard A. Flavell. 1988. "Molecular mapping of sites in Qa-2 required for attachment of the phosphatidylinositol membrane anchor," *Proc. Natl. Acad. Sci.* USA 85:577-581.

12. Sherman, D.H., F. Malpartida, M.J. Bibb, H.M. Kieser, S.E. Hallam, J.A. Robinson, S. Bergh, M. Uhlen, T.J. 1988. "Cloning and analysis of genes for the biosynthesis of polyketide antibiotics in *Streptomyces* species," in Durand, G., Bobichon, L. and Florent, J. (eds.) *Proceedings of the 8th International Biotechnology Symposium, Paris.* Societe Francaise de Microbiology, Vol. 1, pp. 123-137.

13. Sherman, David H., Francisco Malpartida, Maureen J. Bibb, Helen M. Kieser, Mervyn J. Bibb, and David A. Hopwood. 1989. "Structure and deduced function of the granaticin-producing polyketide synthase gene cluster from *Streptomyces violaceoruber* Tu22," *EMBO Journal* 8:2717-2725.

14. Hopwood, David A. and David H. Sherman. 1990. "Molecular genetics of polyketides and its comparison to fatty acid biosynthesis," *Annual Review of Genetics* 24:37-66 .

15. Hopwood, David A., David H. Sherman, Chaitan Khosla, Maureen J. Bibb, Thomas J. Simpson, Miguel A. Fernandez, Eduardo Martinez and Francisco Malpartida. 1990. "Hybrid pathways for the production of secondary metabolites," in Proceedings of the Sixth International Symposium on the Genetics of Industrial Microorganisms (GIM 90), Strassbourg, France .

16. Sherman, David H., M.J. Bibb, T.J. Simpson, D. Johnson, F. Malpartida, M. Fernandez-Moreno, E. Martinez, C.R. Hutchinson and D.A. Hopwood. 1991. "Molecular genetic analysis reveals a putative bifunctional polyketide cyclase/dehydrase gene from *Streptomyces coelicolor* and *Streptomyces violaceoruber*, and a cyclase/O-methyltransferase from *Streptomyces glaucesens,"* *Tetrahedron*, 47**:**6029-6043.

17. Arrowsmith, T.J., F. Malpartida, D.H. Sherman, D.A. Hopwood, A. Birch, J.A. Robinson. 1992. "Characterization of *act*I-homologous DNA encoding polyketide synthase genes from the monensin producer *Streptomyces cinnamonensis*." *Mol. Gen. Genet.* 234:254-264 .

18. Sherman, D.H., Eung-Soo Kim, M.J. Bibb, and D.A. Hopwood, 1992. "Functional replacement of polyketide synthase genes in *Streptomyces coelicolor* by heterologous genes from a different polyketide pathway," *J. Bacteriol.* 174:6184-6190.

19. Malmberg, Li-Hong, Sherman, D.H., Hu, Wei-Shou, 1993. "Analysis of rate-limiting reactions in cephalosporin biosynthesis," *Annals of the New York Academy of Sciences* 665:16-26.

20. Khosla, C., McDaniel, R., Ebert-Khosla, S., Torres, R., Sherman, D.H., Bibb, M.J. and Hopwood, D.A., 1993. "Genetic construction and functional analysis of hybrid polyketide synthases containing heterologous acyl carrier protein." *J. Bacteriol.* 175:2197-2204 .

21. Malmberg, L.-H., Hu, W.-S. and D.H. Sherman, 1993. "Precursor flux control through targeted chromosomal insertion of the lysine e-aminotransferase gene in cephamycin C biosynthesis." *J. Bacteriol.* 175:6916-6924 .

22. Hopwood, D.A., C. Khosla, D.H. Sherman, M.J. Bibb, S. Ebert-Khosla, E.-S. Kim, R. McDaniel, W.P. Revill, R. Torres, and T.-W. Yu. 1994. "Toward an understanding of the programming of aromatic polyketide synthases: a genetics-driven approach," in R.H. Baltz, G.D. Hegeman, and P.L. Skatrud (Eds.), Industrial Microorganisms: Basic and Applied Molecular Genetics, American Society for Microbiology, Washington, D.C.

23. Kim, E.-S., D.A. Hopwood and D.H. Sherman, 1994. "Analysis of type II polyketide ß-ketoacyl synthase specificity in *Streptomyces coelicolor* A3(2) by *trans* complementation of actinorhodin synthase mutants." *J. Bacteriol.* 176:1801-1804.

24. Kim, E.-S., Bibb, M.J., Butler, M.J., Hopwood, D.A., and D.H. Sherman. 1994. "Sequences of the oxytetracycline polyketide synthase-encoding *otc* genes from *Streptomyces rimosus*." *Gene* 141**:**141-142 (1994)

25. Bibb, M.J., D.H. Sherman, S. Omura and D.A. Hopwood. 1994. "Cloning, sequencing and deduced functions of a cluster of *Streptomyces* genes probably encoding for biosynthesis of the polyketide antibiotic frenolicin." *Gene*. 142:31-39.

26. August, P.A., Flickinger, M.C. and D.H. Sherman. 1994. "Cloning and analysis of a locus (*mcr*) involved in mitomycin C resistance from *Streptomyces lavendulae*."  *J. Bacteriol.* 176:4448-4454.

27. Malmberg, L.H., A. Khetan, D.H. Sherman and W.-S. Hu. 1994. "Metabolic engineering of cephalosporin biosynthesis in *Streptomyces clavuligerus*."  *In* Advances in Bioprocess Engineering. E. Galindo & O.T. Ramirez, Eds.: 413-416. Kluwer Pub.

28. Kim, E.-S., Cramer, K., Shreve, A., and D.H. Sherman. 1995. "Heterologous expression of an engineered biosynthetic pathway: functional dissection of type II polyketide synthase components in *Streptomyces* species." *J. Bacteriol.* 177**:**1202-1207.

29. Crosby, J., Sherman, D.H., Bibb, M.J., Revill, W.P., Hopwood, D.A., and T.J. Simpson, 1995. "Polyketide synthase acyl carrier proteins from *Streptomyces*: Expression in *Escherichia coli*, purification and partial characterization." *Biochimica et Biophysica Acta* 1251**:**32-41.

30. Malmberg, L.-H., Hu, W.-S., and D.H. Sherman. 1995. "Effects of enhanced lysine ε-aminotransferase activity on cephamycin C biosynthesis in *Streptomyces clavuligerus*." *Applied Microbiol. Biotechnol* 44: 198-205.

31. Khetan, A., L.-H. Malmberg, D.H. Sherman and W.-S. Hu. 1995. "Metabolic engineering of cephalosporin biosynthesis in *Streptomyces clavuligerus*." *Annals of the New York Academy of Sciences* 782:17-24.

32. August, P.R., J.A. Rahn, M.C. Flickinger, and D.H. Sherman, 1996. "Inducible expression of the mitomycin C resistance gene product (MCRA) from *Streptomyces lavendulae*." Gene 175**:**261 - 267.

33. Williams, M.D., A.M. Fieno, R.A. Grant and D.H. Sherman. 1996. "Expression and analysis of a bacterial poly(hydroxyalkanoate) synthase in insect cells using a baculovirus system." *Prot. Exp. Purif*. 7**:**203-211.

34. Williams, M.D., J. Rahn, and D.H. Sherman. 1996. "Production of a polyhydroxyalkanoate biopolymer in insect cells with a modified eucaryotic fatty acid synthase." *Appl. Environ. Microbiol.* 62**:**2540-2546.

35. Sheldon, P.J., D.A. Johnson, P.R. August, H.-w. Liu and D.H. Sherman. 1997. "Characterization of a mitomycin resistance determinant (*mrd*) from the producing organism, *Streptomyces lavendulae*." *J. Bact.* 179:1796 - 1804.

36. Johnson, D., P.R. August, C. Shackleton, H.-w. Liu and D. H. Sherman. 1997. "Microbial resistance to mitomycins involves a redox relay mechanism." *J. Amer. Chem. Soc.* 119**:**2576 - 2577.

37. Sheldon, P.J., D. A. Johnson, P.R. August, H.-w. Liu and D. H. Sherman. 1997. "Cellular self-protection against the antitumor antibiotic mitomycin C in *Streptomyces lavendulae*." Industrial Microorganisms: Basic and Applied Molecular Genetics (R. Baltz, G. Hegemann and P. Skatrud), Vol. 34, pp. 123 - 130.

38. Van Pilsum, J.F., D.H. Sherman, T.V. Line, A. Bedekar and L. Ayala. 1997. "Sequence comparison and functional analysis of amidinotransferases from eukaryotes and prokaryotes." In De Deyn, P.P., Marescau, B., Qureshi, I.A., and Mori, A. (eds.) Guanidino Compounds in Biology and Medicine II, London: John Libbey and Company LTD; 111 - 120.

39. Bedeker, B., R.M. Zink, D. H. Sherman, T.V. Line, and J. Van Pilsum. 1998. "The comparative amino acid sequences, substrate specificities and gene or cDNA nucleotide sequences of some procaryotic and eucaryotic amidinotransferases: implications for evolution." *Comp. Biochem. Physiol.* 119:677-690.

40. Zhao, L., D. H. Sherman, and H.-w. Liu. 1998. "Biosynthesis of desosamine: molecular evidence suggesting ß-glucosylation as a self-resistance mechanism in methymycin/neomethymycin producing strain, *Streptomyces venezuelae*." *J. Amer. Chem. Soc.* 120:9374-9375.

41. Zhao, L., D. H. Sherman, and H.-w. Liu. 1998. "Biosynthesis of desosamine: Construction of a new methymycin/neomethymycin analog by deletion of a desosamine biosynthetic gene." *J. Amer. Chem. Soc.* 120:10256-10257.

42. Xue, Y., L. Zhao, H.-w. Liu and D. H. Sherman. 1998. "A gene cluster for macrolide antibiotic biosynthesis in *Streptomyces venezuelae*: Architecture of metabolic diversity." *Proc. Natl. Acad. Sci. USA* **95:**12111-12116.

43. Xue, Y., D. Wilson, L. Zhao, H.-w. Liu, and D. H. Sherman. 1998. Hydroxylation of macrolactones YC-17 and narbomycin is mediated by the *pikC*-encoded cytochrome P450 in *Streptomyces venezuelae*. *Chem. & Biol.* 5:661-667.

44. Zhao, L., N.L.S. Que, Y. Xue, D. H. Sherman, and H.-w. Liu. 1998. "Mechanistic studies of desosamine biosynthesis: C-4 deoxygenation precedes C-3 transamination." *J. Amer. Chem. Soc.* 120:12159-12160.

45. Borisova, S., L. Zhao, D.H. Sherman and H.-w. Liu. 1999. Biosynthesis of desosamine: Construction of a new macrolide carrying a genetically designed sugar moiety. *Organic Lett*. 1:133-136.

46. Zhao, L., J. Ahlert, Y. Xue, Jon S. Thorson, David H. Sherman, and Hung-wen Liu. 1999. Engineering A Methymycin/Pikromycin-Calicheamicin Hybrid: Construction of Two New Macrolides Carrying a Designed Sugar Moiety. *J. Amer. Chem. Soc*. 121:9881-9882.

47. Mao, Y., M. Varoglu and D.H. Sherman. 1999. "Molecular characterization of two genes (*mitAB*) required for biosynthesis of the antitumor antibiotic mitomycin C." *J. Bacteriol.* 181:2199-2208.

6

48. Sheldon, P.R., Y. Mao, Min He and D.H. Sherman. 1999. "Mitomycin resistance in *Streptomyces lavendulae* includes a novel drug-binding protein-dependent export system." *J. Bacteriol.* 181:2507-2512.

49. Mao, Y., M. Varoglu and D. H. Sherman. 1999. "Molecular characterization and analysis of the biosynthetic gene cluster for the antitumor antibiotic mitomycin C from *Streptomyces lavendulae* NRRL 2564." *Chem. & Biol*. 6:251-263.

50. Khetan, A., L.-H. Malmberg, Y. S. Kyung, D.H. Sherman and W.-S. Hu. 1999. "Precursor and cofactor as a check valve for cephamycin biosynthesis in *Streptomyces clavuligerus*." *Biotechnology Progress* 15:1020-1027.

51. Han, Lei, A. Khetan, W.-S. Hu, and D.H. Sherman. 1999. "Time-lapse microscopy reveals temporal and spatial expression of lysine-ε-aminotransferase gene in *Streptomyces clavuligerus*." *Mol. Microbiol*. 34:878-886.

52. Belcourt, M.F., P.G. Penketh, W.F. Hodnick, D.A. Johnson, D.H. Sherman, S. Rockwell and A.C. Sartorelli. 1999. "Mitomycin resistance in mammalian cells expressing the bacterial mitomycin C resistance protein MCRA." *Proc. Natl. Acad. Sci. USA* 96:10489-10494.

53. Xue, Y., and D.H. Sherman. 2000. "Alternative modular polyketide synthase expression controls macrolactone structure." *Nature* 403:571-575.

54. Xue, Y., D. Wilson, and D.H. Sherman. 2000. "Genetic Architecture of the Polyketide Synthases for Methymycin and Pikromycin Series Macrolides." *Gene* 245:203-211.

55. He, M., M. Varoglu and D.H. Sherman. 2000. "Functional analysis of conserved amino acid residues in the actinorhodin β-ketoacyl-ACP-synthase." *J. Bacteriol*. 182:2619-2623.

56. Chen, S. Y. Xue, D.H. Sherman, and K.A. Reynolds. 2000. "Mechanisms of molecular recognition in the pikromycin polyketide synthase." *Chemistry & Biology* 7:907-918.

57. Khetan, A., W.-S. Hu, and D.H. Sherman. 2000. "Temporal and spatial distribution of lysine-ε-aminotransferase in *Streptomyces clavuligerus*." *Microbiology* 146:1869 – 1880.

58. Kyung, Yung Sun, W.-S. Hu and D.H. Sherman. 2001. Analysis of temporal and spatial expression of the CcaR regulatory element in the cephamycin C biosynthetic pathway using green fluorescent protein. *Mol. Microbiol*. 40: 530-541.

59. Kyung, Y. S., D. H. Sherman and W.-S. Hu. 2001. Simultaneous Analysis of Spatio-Temporal Gene Expression for Cephamycin Biosynthesis in *Streptomyces clavuligerus. Biotechnol. Prog*. 17: 1000-1007.

60. Johnson, D. A., D.P. Ballou, D.H. Sherman, and H.-w. Liu. 2001. "Characterization of Mitomycin Hydroquinone:Oxygen Oxidoreductase - A Covalent Flavoprotein Involved in Mitomycin C Resistance." (in preparation).

61. He, M., P. Sheldon and D. H. Sherman. 2001. "Characterization of a novel quinone reductase activity for the mitomycin C binding protein (MRD): functional switching from a drug activating enzyme to a drug-binding protein. *Proc. Natl. Acad. Sci. USA* 98:926–931.

62. Varoglu, M., Y. Mao and D. H. Sherman. 2001. Mapping the mitomycin biosynthetic pathway by functional analysis of the MitM aziridine N-methyltransferase. *J. Amer. Chem. Soc.* 123:6712-6713.

63. Penketh, P. G., W. F. Hodnick, M. F. Belcourt, K. Shyam, D. H. Sherman, and A. C. Sartorelli. 2001. Inhibition of DNA Cross-linking by Mitomycin C by Peroxidase Mediated Oxidation of Mitomycin C Hydroquinone. *J. Biol. Chem.* 276:34445-34452.

64. Xue, Y. and D. H. Sherman. 2001. Biosynthesis and combinatorial biosynthesis of pikromycin-related macrolides in *Streptomyces venezuelae*. *Metabolic Engineering* 3: 15-26.

65. Chen, S., J. B. Roberts, D. H. Sherman and K. A. Reynolds. 2001. The *S. venezuelae pikAV* gene contains a transcription unit essential for expression of enzymes involved in glycosylation of narbonolide and 10-deoxymethynolide. *Gene* 263: 255-263.

66. Wilson, D.J., Y. Xue, K. A. Reynolds and D. H. Sherman. 2001. Characterization and analysis of the PikD regulatory factor in the pikromycin biosynthetic pathway of *Streptomyces venezuelae*. *J. Bacteriol.* 183:3468-3475.

67. Sang-Jung Kim, Han-Young Kang, and David H. Sherman. 2001. Synthesis of triketide delta-lactones. *Synthesis* 12:1790-1793.

68. Zhang, Q. and D. H. Sherman. 2001. Isolation and structure determination of novamethymycin, a new bioactive metabolite of the methymycin biosynthetic pathway in *Streptomyces venezuelae*. *J. Nat. Prod.* 64:1447-1450.

69. Baumann, R. P., W. F. Hodnick, H. A. Seow, M. F. Belcourt, S. Rockwell, D. H. Sherman and A. C. Sartorelli. 2001. Reversal of mitomycin C resistance by overexpression of bioreductive enzymes in Chinese hamster ovary cells. *Cancer Research* 61:7770-7776.

70. Baumann, R.P., D. H. Sherman and A. C. Sartorelli. 2002. A novel selection marker for mammalian cell transfection. *BioTechniques* 32:1030-1036.

71. Martin, T.W. Z. Dauter, Y. Devedjev, P. Sheffield, M. He, D. H. Sherman, Z. S. Derewenda, and U. Derewenda. 2002. Molecular basis of Mitomycin C resistance in *Streptomyces*: crystal structures of the MRD protein with and without a drug derivative. *Structure* 10:933-942.

72. Yoon, Y.J., Beck, B. J., Kim, B.S., Kang, H.-Y., Reynolds, K. A. and David H. Sherman. 2002. Generation of multiple bioactive macrolides by hybrid polyketide synthases in *Streptomyces venezuelae*. *Chem. Biol.* 9:203-214.

73. Beck, B. J., Yoon, Y.J., Reynolds, K.A. and David H. Sherman. 2002. The hidden steps of domain skipping: mechanistic studies of macrolactone ring size determination in the pikromycin modular polyketide synthase. *Chem. Biol.* 9:575-583.

74. Kim, B.S., T. A. Cropp, G. Florova, Y. Lindsay, D. H. Sherman, and K. A. Reynolds. 2002. An unexpected interaction between the modular polyketide synthases, erythromycin DEBS1 and pikromycin PikAIV, leads to efficient triketide lactone synthesis. *Biochemistry* 41:10827-10833.

75. Cropp, T.A., B.S. Kim, B.J. Beck, Y.J. Yoon, D.H. Sherman and K.A. Reynolds. 2002. Recent developments in the production of novel polyketides by combinatorial biosynthesis. In Biotechnology and Genetic Engineering Reviews Vol. 19, pp. 159-172. Intercept Ltd. Andover, UK

76. Chang, Z., P. Flatt, W. H. Gerwick, V.-A. Nguyen, C. L. Willis and D. H. Sherman. 2002. The barbamide biosynthetic gene cluster: a novel marine cyanobacterial system of mixed PKS-NRPS origin involving an unusual trichloroleucyl starter unit. *Gene* 296:235-247.

77. Kim, B. S., T. A. Cropp, B.J. Beck, D.H. Sherman and K.A. Reynolds. 2002. Biochemical evidence for an editing role of thioesterase II in the biosynthesis of the polyketide pikromycin. *J. Biol. Chem.* 277:48028-48034.

78. Martin TW, Dauter Z, Devedjiev Y, Sheffield P, Jelen F, He M, Sherman DH, Otlewski J, Derewenda ZS, Derewenda U. 2002. Molecular basis of mitomycin C resistance in streptomyces: structure and function of the MRD protein. Structure (Camb). 2002 Jul;10(7):933-42.

79. Sherman, D.H. 2002. New enzymes for "warheads". *Nature Biotechnol*. 20: 984-985.

80. Podust, L.M., Kim, Y., Arase, M., Neely, B.A., Beck, B.B., Bach, H., Sherman, D.H., Lamb, D.C., Kelly, S.C., and Waterman, M.R. 2003. The 1.92A structure of the *Streptomyces coelicolor* A3(2) CYP154C1: A new monooxygenase that functionalizes macrolide ring systems. *J. Biol. Chem*. 278: 12214-12221.

81. Beck, B.J., Aldrich, C.C., Fecik, R.A., Reynolds, K.A. and D. H. Sherman. 2003. Iterative chain elongation by a pikromycin monomodular polyketide synthase. *J. Amer. Chem. Soc*. 125:4682-4683.

82. Beck, B.J., Aldrich, C.C., Fecik, R.A., Reynolds, K.A. and D. H. Sherman. 2003. Substrate recognition and channeling activities of mono-modules from the pikromycin polyketide synthase. *J. Amer. Chem. Soc*. 125:12551-12557.

83. Podust L. M., Bach, H., Kim, Y., Lamb, D. C, Arase, M., Sherman, D.H., Kelly, S.L., and M. R. Waterman. 2004. Comparison of the 1.85 A structure of CYP154A1 from *Streptomyces coelicolor* A3(2) with the closely related CYP154C1 and CYPs from antibiotic biosynthetic pathways. *Protein Sci.* 2004. 13:255-268.

84. Salomon, C. E., N. A. Magarvey and D. H. Sherman. 2004. Merging the potential of microbial genetics with biological and chemical diversity: An even brighter future for marine natural product drug discovery. *Natural Product Reports* 21:105-121.

85. Kim, B.-S., Sherman, D. H. and K. A. Reynolds. 2004. An efficient method for creation and functional analysis of libraries of hybrid type I polyketide synthases. *Prot. Eng. Des. Sel*. 17:277-284.

86. Srinivasan, A., Bach, H., Sherman, D. H. and J. S. Dordick. 2004. Bacterial P450-catalyzed polyketide hydroxylation on a microfluidic platform. *Biotechnol. Bioeng*. 88(4):528-535.

87. Chang, Z., Sitachitta, N., Rossi, J.V., Roberts, M.A., Flatt, P.M., Jia, J., Sherman, D.H., W. H. Gerwick. 2004. Biosynthetic pathway and gene cluster analysis of curacin A, an anti-tubulin

natural product from the tropical marine cyanobacterium *Lyngbya majuscula*. *J. Nat. Prod.* 67:1356-1367.

88. Magarvey, N.A., Keller J.M., Bernan, V., Dworkin, M., and David H. Sherman. 2004. Isolation and characterization of novel marine-derived actinomycete taxa rich in secondary metabolites. *Appl. Env. Microbiol.* 70(12):7520-7529.

89. Hildebrand, M., Waggoner, L.E., Liu, H., Sudek, S., Allen, S., Anderson, C., Sherman, D.H., and M. Haygood. 2004. *bryA*: an unusual modular polyketide synthase gene from the uncultivated bacterial symbiont of the marine bryozoan *Bugula neritina*. *Chem. Biol.* 11(11):1543-1552.

90. Jeong, J.-C., Srinivasan, A., Grüschow, S., Bach, H., Sherman, D.H., and J.S. Dordick. 2005. Exploiting the reaction flexibility of a type III polyketide synthase through *in vitro* pathway manipulation. *J. Amer. Chem. Soc.* 127(1):64-65.

91. Nishizawa, T., Aldrich, C.C. and D. H. Sherman. 2005. Molecular analysis of the rebeccamycin L-amino acid oxidase from *Lechevalieria aerocolonigenes* ATCC 39243. *J. Bacteriol.* 187:2084-2092.

92. Fortman J.L., Sherman D. H. 2005. Utilizing the power of microbial genetics to bridge the gap between the promise and the application of marine natural products. *ChemBioChem.* 6:960-978.

93. Aldrich, C. C., Beck, B. J., Fecik, R.A. and D. H. Sherman. 2005. Biochemical investigation of pikromycin biosynthesis employing native penta- and hexaketide chain elongation intermediates. *J. Amer. Chem. Soc.* 127: 8441-8452.

94. Aldrich, C. C., Venkatraman L., Sherman, D. H. and R. A. Fecik. 2005. Chemoenzymatic synthesis of the polyketide macrolactone 10-deoxymethynolide. *J. Amer. Chem. Soc.* 127:8910-8911.

95. Venkatraman L., Aldrich, C. C., Sherman, D. H. and R. A. Fecik.. 2005. Formal total synthesis of the polyketide macrolactone narbonolide. *J. Org. Chem.* 70:7267-7272. [Designated one of 20 Most-Accessed Articles during July-September 2005]

96. Lee, S. K., Basnet, D. B., Hong, J. S. J., Jung, W. S., Choi, C. Y., Lee, H. C., Sohng, J. K., Ryu, K. G., Kim, D. J., Ahn, J. S., Kim, B. S., Oh, H. C., Sherman, D. H., Yoon Y. J. 2005. Structural diversification of macrolactones by substrate-flexible cytochrome P450 monooxygenases. *Adv. Synth. Catal.* 347:1369-1378.

97. Sherman, D. H. 2005. The lego-ization of polyketide biosynthesis. *Nature Biotechnol.* 23:1083-1084.

98. Beck, Z.Q., Aldrich, C.C., Magarvey, N.A, Georg, G.I. and D.H. Sherman. 2005. Chemoenzymatic synthesis of cryptophycin/arenastatin natural products. *Biochemistry* 44:13457-13466. [Designated "Hot" article for *Biochemistry*, November 2005]

99. Mehra S., Lian W., Jayapal K.P., Charaniya S.P., Sherman D.H., Hu W.S. 2006. A framework to analyze multiple time series data: A case study with *Streptomyces coelicolor*. *J Ind Microbiol Biotechnol* 33(2): 159-72.

100. Beck, Z.Q. and Sherman, D.H.. 2006. Development of an internally quenched fluorogenic substrate for analysis of thioesterases. *Anal. Biochem.* 349(2):309-11.

101. Nishizawa, T., Grüschow, S., Jayamaha, D.E., Nishizawa-Harada, C. and Sherman, D.H. 2006. Enzymatic assembly of the bis-indole core of rebeccamycin. *J. Amer. Chem. Soc*. 128(3):724-5.

102. Jung WS, Lee SK, Hong JS, Park SR, Jeong SJ, Han AR, Sohng JK, Kim BG, Choi CY, Sherman DH, Yoon YJ. 2006. Heterologous expression of tylosin polyketide synthase and production of a hybrid bioactive macrolide in Streptomyces venezuelae. *Appl Microbiol Biotechnol.* 2006 Feb 22.

103. Lee SK, Park JW, Kim JW, Jung WS, Park SR, Choi CY, Kim ES, Kim BS, Ahn JS, Sherman DH, Yoon YJ. 2006. Neopikromycin and novapikromycin from the pikromycin biosynthetic pathway of *Streptomyces venezuelae*. *J Nat Prod.* 69(5):847-49.

104. Flatt PM, O'Connell SJ, McPhail KL, Zeller G, Willis CL, Sherman DH, Gerwick WH. 2006. Characterization of the initial enzymatic steps of barbamide biosynthesis. *J Nat Prod.* 69(6):938-944.

105. Gu, L.; Jia, J.; Liu, H.; Hakansson, K.; Gerwick, W. H.; Sherman, D. H. 2006. Metabolic coupling of dehydration and decarboxylation in the curacin a pathway: functional identification of a mechanistically diverse enzyme pair. *J. Am. Chem. Soc.* 128:9014-9015.

106. Sherman, D.H.; Li, S.; Yermalitskaya, L.V.; Kim, Y.; Smith, J.A.; Waterman, M.R.; Podust, L.M. 2006. The structural basis for substrate anchoring, active site selectivity, and product formation by P450 PikC from *Streptomyces venezuelae*. *J Biol Chem.* 281(36):26289-97.

107. Ku, B.; Cha, J.; Srinivasan, A.; Kwon, S.J.; Jeong, J.C.; Sherman, D.H.; Dordick, J.S. 2006. Chip-based polyketide biosynthesis and functionalization. *Biotechnol Prog.* 2006 22(4):1102-7.

108. Giraldes, J.W., Akey, D.L., Kittendorf, J.D., Sherman, D.H., Smith, J.L., Fecik, R.A. 2006. Structural and mechanistic insights of polyketide macrolactonization from polyketide-based affinity labels. *Nature Chemical Biology.* 2:531-536.

109. Akey, D.L., Kittendorf, J.D., Giraldes, J.W., Fecik, R.A., Sherman, D.H., Smith, J.L. 2006. Structural basis for macrolactonization by the pikromycin thioesterase. *Nature Chemical Biology*. 2:537-542.

110. Sherman, D.H. and Smith, J.L. 2006. Clearing the skies over modular polyketide synthases. *ACS Chem. Biol.* 1:505-509.

111. Kittendorf, J.D. and Sherman, D.H. 2006. Developing tools for engineering hybrid polyketide synthetic pathways. *Curr Opin Biotechnol.* 17(6):597-605.

112. Venkatraman, L, Salomon, C.E., Sherman, D.H., Fecik, R.A. 2006. Total synthesis of narbonolide and biotransformation to pikromycin. *J. Org. Chem Note* 71(26):9853-9856.

113. Magarvey N.A., Beck Z.Q., Golakoti T., Ding Y., Huber U., Hemscheidt T.K., Abelson D., Moore R.E. and D.H. Sherman. 2006. Biosynthetic characterization and chemoenzymatic construction of the cryptophycins, potent anti-cancer agents from *Nostoc* cyanobionts. ACS Chem. Biol. 1: 766-779.

114. Lee J.Y., Janes B.K., Passalacqua K.D., Pfleger B., Bergman N.H., Liu H., Hakansson K., Somu R.V., Aldrich C.C., Cendrowski S., Hanna P.C., Sherman, D.H. 2006. Biosynthetic analysis of the petrobactin siderophore pathway from *Bacillus anthracis J Bacteriol.* 2006 Dec 22; [Epub ahead of print].

115. Sudek S., Lopanik N.B., Waggoner L.E., Hildebrand M., Anderson C., Liu H., Patel A., Sherman, D.H. and Haygood M.G. 2006. Identification of the putative bryostatin polyketide synthase gene cluster from "*Candidatus* Endobugula sertula", the uncultivated microbial symbiont of the marine bryozoan *Bugula neritina*. *J. Nat. Prod.* ASAP Article, 2006 Dec 22.

116. Choi, S.-S., Hur, Y.-A., Sherman, D.H., and E.-S. Kim. 2007. Isolation of the biosynthetic gene cluster for tautomycetin, a linear polyketide T cell-specific immunomodulator from *Streptomyces* sp. CK4412. *Microbiology* (in press).

117. Pfleger B. F., Lee, J.Y., Somu, R.V., Aldrich, C.C., Hanna, P.C., and D. H. Sherman. 2007. Characterization and analysis of early enzymes for petrobactin biosynthesis in *Bacillus anthracis. Biochemistry* (in press).

118. Liu, H., Lee, J.Y., Sherman, D.H. , and Håkansson, K. (2007) Slow heating tandem mass spectrometry and electron capture dissociation of a *Bacillus anthracis* siderophore and its metal ion complexes. *Journal of the American Society for Mass Spectrometry* (in press).

## *Patents (filed or issued)*

Sherman, D.H., Y. Xue and M.D. Williams, "Metabolic Engineering of Polyhydroxyalkanoate Monomer Synthases," U.S. Patent No. 6,600,029. Issued, July 29, 2003.

Sherman, D.H., P.A. August, and M.F. Flickinger, "Genes encoding resistance to DNA alkylating agents," U.S. Patent No. 6,524,812. Issued, February 25, 2003.

Sherman, D.H., M. Varoglu, P. Sheldon, Y. Mao and M. He, "Mitomycin biosynthetic gene cluster," U.S. Patent No. 6,495,348. Issued, December 17, 2002.

Sherman, D.H., H.-W. Liu, Y. Xue and L. Zhao. 2001.  "DNA encoding methymycin and pikromycin," U.S. Patent No. 6,265,202. Issued, July 24, 2001.

Sherman, D.H., L.-H. Malmberg and W.-S. Hu, "Method for increasing production of microbial metabolites by genetic engineering," U.S. Patent No. 5,474,912. Issued, December 12, 1995.

Sherman, D.H., W. Lian, W. S. Hu, "Biological Production of Clavulanic Acid and Related Compounds." University of MN Docket No. Z03184 Filed Feb. 7, 2006

Sherman, D. H. et al., "A new method for polyketide chain-length control and new methodology for combinatorial pathway construction." University of MN Docket No. 99173. April 16, 1999.

Sherman, D.H., Y. Xue, L. Zhao and H.-w. Liu, "The Methymycin/Pikromycin Biosynthetic Genes from *Streptomyces venezuelae*: genetic sequence, enzyme functions and potential applications." University of MN Docket No. 98136 and 99137, Filed, 1998.

## *Books*

*Manual of Industrial Microbiology and Biotechnology* (Editors in Chief: A.L. Demain and J.E. Davies); eds (R.M. Atlas, G. Cohen, C.L. Hershberger, W.-S. Hu, D. H. Sherman and J. H. D. Wu). ASM Press, Washington, D.C. (1999).

*Aziridines and Epoxides in Organic Synthesis* (Editor, Andrei Yudin), Wiley-VCH Publishers, Weinheim, Germany (2005)


## *Invited Lectures and Presentations (during the past four years)*

| | |
|---|---|
| 2003 | Department of Chemistry, University of Nebraska |
| 2003 | U.S.-Japan Symposium in Marine Natural Products, Osaka |
| 2003 | University of Michigan Life Science Institute Symposium |
| 2004 | Vanderbilt University, Department of Biochemistry, Nashville, TN |
| 2004 | University of Michigan, Department of Medicinal Chemistry |
| 2004 | University of Michigan, Department of Chemistry |
| 2004 | Ocean Genomes Legacy, New England Biolabs, Boston, MA |
| 2004 | Eisai Research Institute, Boston, MA |
| 2004 | International Symposium on Marine Natural Products (Sorrento, Italy) |
| 2004 | University of Kansas, Department of Medicinal Chemistry, Lawrence, Kansas |
| 2004 | Biotechnology of Microbial Products Symposium (San Diego, CA) |
| 2004 | University of Toledo, Department of Medicinal Chemistry (Toledo, OH) |
| 2005 | Rosalind Franklin University of Medicine and Science (North Chicago, IL) |
| 2005 | Vanderbilt Institute of Chemical Biology (Nashville, TN) |
| 2005 | Southwest Oncology Group Spring Meeting, Nurse Oncologist Plenary Session (Denver, CO) |
| 2005 | DowAgro, Indianapolis, IN |
| 2005 | University of California, San Diego (Department of Chemistry and Biochemistry) |
| 2005 | Gordon Research Conference on Mycotoxins and Phycotoxins (Colby College, Maine) |
| 2005 | Bio-X Life Sciences Institute, Shianghai Jiao Tong University (Shianghai, China) |
| 2005 | Pacifichem Symposium on Biosynthesis of Natural Products (Honolulu, HI) |
| 2005 | Pacifichem Symposium on Biopolymers (Honolulu, HI) |
| 2006 | University of California, Irvine, Department of Chemistry and Biochemistry (Irvine, CA) |
| 2006 | Sea Secrets Plenary Lecture, University of Miami (Miami, FL) |
| 2006 | University of Colorado, Department of Chemistry (Fort Collins, CO) |
| 2006 | Ann Arbor/Ypsilanti Reads Lecture, Ann Arbor District Library (Ann Arbor, MI) |
| 2006 | Boston College, Department of Chemistry (Boston, MA) |
| 2006 | University of Papua New Guinea, Papua New Guinea |
| 2006 | ACS National Meeting, Symposium on "Modern Natural Products Chemistry and Drug Discovery" (Atlanta, GA) |
| 2006 | Annual Meeting of Korean Society for Microbiology and Biotechnology (Busan, Korea) |
| 2006 | GIM Symposium on Novel Bioactive Compounds (Prague, Czech Republic) |
| 2006 | InBi, Islas Murcielago, Costa Rica |
| 2006 | American Society of Pharmacognosy Meeting on "Natural Products on Target" (Arlington, VA) |
| 2006 | University of Michigan, Department of Medicinal Chemistry |
| 2006 | Gordon Cragg Symposium, Missouri Botanical Garden (St. Louis, MO) |

*Students and postdoctoral fellows currently in the laboratory*

Dr. Zachary Beck (Postdoctoral Research Fellow)
Dr. Brian Pfleger (Postdoctoral Research Associate)
Dr. Jeffrey Kittendorf (Postdoctoral Research Associate)
Dr. Jung Yeop Lee (Postdoctoral Research Associate)
Dr. Nicole Lopanik (Postdoctoral Research Associate)
Dr. Doug Burr (Postdoctoral Research Fellow)
Dr. Wolfgang Seufert (Postdoctoral Research Fellow)
Liangcai Gu (Graduate Research Associate, Medicinal Chemistry)
Dan Ruge (Graduate Research Associate, PIBS)
Yousong Ding (Graduate Research Associate, Medicinal Chemistry)
Shengying Li (Graduate Research Associate, Medicinal Chemistry)
Jonathan Mortison (Graduate Research Associate, Chemistry)
Kari Anderson (Graduate Research Associate, Biological Chemistry)
Tonia Buchholz (Graduate Research Associate, Chemical Biology)
Pam Schultz, M.S. (Research Scientist/Lab Supervisor)
Susan Johnson, M.S. (Administrative Specialist)
Jacob Carlson (Researcher Associate)
Xiaoxin Li (Lab Technician)
Robin Guo (Undergraduate Research Assistant)
Amanda Rahn (Undergraduate Research Assistant)
Scott Davis (Undergraduate Research Assistant)
Ben Sherman (Undergraduate Research Assistant)

## *Professional Activities*

Referee of research articles submitted to *Antimicrobial Agents and Chemotherapy*, *Applied Microbiology and Biotechnology, Canadian Journal of Microbiology*, *Gene, Journal of Applied and Environmental Microbiology*, *Journal of Bacteriology*, *Microbiology*, *Proceedings of the National Academy of Sciences USA, Tetrahedron, Science, Nature, Journal of the American Chemical Society, Organic Letters, Molecular Microbiology, Chemistry & Biology, Biotechnology Progress, Journal of Natural Products, Nature Chemical Biology*

Grant reviews: The Wellcome Trust, USDA, NSF, American Cancer Society, NIH SBIR Review Panel, National Research Initiative Competitive Grants Program, Canadian NSERC, NIH Natural Products and Bioorganic Chemistry Study Section (Ad hoc reviewer, 1997); NIH Special Emphasis Review Panel (March, 2000; April 2000, December 2001). Ad hoc member BNP Study Section NIGMS (February, 2002).

Permanent Member, NIH Synthetic Biological Chemistry B Study Section, (**2004-2008**)

## *Graduate Faculty Appointments*

Interdisciplinary Program in Medicinal Chemistry, University of Michigan
Program in Biomedical Sciences, University of Michigan
Graduate Program in Chemistry, University of Michigan
Interdisciplinary Graduate Program in Chemical Biology, University of Michigan
Microbiology, Immunology and Cancer Biology Graduate Program, University of Minnesota (temporary adjunct appointment).

## *Teaching Portfolio* (1990 – 1999)

Biology of Microorganisms (Microbiology 5105/Biology 5013)
Enrollment: 110 students
Credits: 5
Winter Quarter

Academic Short Course - "Genetic Manipulation of Antibiotic Biosynthetic genes in *Streptomyces*," Department of Biochemistry, Philipps University, Marburg, Germany (June, 1995)

Industrial Short Course (co-organizer with Prof. Wei-Shou Hu) - "Quantitative Physiology and Metabolic Engineering," Department of Chemical Engineering and Materials Science, Biological Process Technology Institute, University of Minnesota, Twin Cities (October, 1995 and September, 1998 and August, 1999)

## Teaching Portfolio (1999 to 2003) University of Minnesota

MICA 8001 (Course Director; also responsible for 3 lectures during Part I covering microbial function and metabolism); this is a graduate level survey course required for all first year Microbiology, Immunology and Cancer Biology (MICaB) Ph.D. students.

MICA 8002 (Microbial Physiology and Metabolism; responsible for 10 lectures/research paper review sessions on microbial physiology and metabolism); this is a required course for all Microbiology track Ph.D. students in the MICaB graduate program.

MedC 8700 (Combinatorial Methods in Medicinal Chemistry); this course is offered by the Medicinal Chemistry graduate program and is team-taught with Prof. C. Wagner.

## Teaching Portfolio (2003 – present) University of Michigan

### Microbiology 301
Biology of Microorganisms
Enrollment: 65 undergraduate students
Credits: 5
Winter Semester

### Medicinal Chemistry 534 (2003 – present)
Modern Techniques in Drug Discovery and Development
Enrollment: 20 graduate students
Credits: 3
Winter Semester

### Medicinal Chemistry 411 (2004 – present)
Principles of Medicinal Chemistry
Enrollment: 65 graduate students
Credits: 3
Fall Semester

**Chemical Biology Workshop (2006 – present)**
Polyketide Synthases in Natural Product Biosynthesis
Enrollment: 20 graduate students
Fall Semester

## *Departmental and University Service*

University of Minnesota, Microbiology, Immunology and Molecular Pathobiology Committee for Graduate Studies **(1995 – 1997).**

Director of Graduate Studies, Microbiology, Immunology and Cancer Biology graduate program, UMN **(1998 – 2001).** In 1998 I was elected to a three year directorship of the MICaB graduate program that includes 80 faculty and 75 Ph.D. students. In this capacity, I was responsible for managing all aspects of the graduate program, including chairing the nine-member committee for graduate studies (meetings on a weekly basis), recruiting of new students, annual evaluation of students, and coordination of coursework and budgetary planning, fundraising and management. Please see www.micab.umn.edu. During this period we revamped the entire graduate course curriculum in our transition from the quarter to semester systems. In addition, our recruiting activities resulted in a 50% increase in graduate student enrollment.

President's Distinguished Faculty Mentor Program, University of MN **(1999 – 2003).**

Member, New Faculty Search Committee, Microbial Biochemistry Division of the Department of Biochemistry, Molecular Biology and Biophysics, UMN **(1999).**

Director, NIH Biotechnology Training Grant, UMN (supports 16 graduate student trainees and includes over 30 faculty with a focus on biotechnology and genomics). **(2000-2003)**

Chair, Department of Microbiology Search Committee in Microbial Genomics, UMN **(2000 – 2001).**

Charter Faculty Member, Academic Health Center Biomedical Genomics Center, UMN **(2000 – 2003).**

Member, Center for Microbial and Plant Genomics, University of Minnesota **(2000 – 2003).**

Steering Committee Member, Chemistry/Biology Interface NIH Training Grant, UMN (**1999-2003**).

Member, managing committee, Center for Chemical Genomics, University of Michigan (**2003-present**).

Chair, Medicinal Chemistry Seminar Series, University of Michigan **(2004-2005)**.

Member, College of Pharmacy Executive Committee, University of Michigan **(2004- present)**.

Member, Chemical Biology Interdepartmental Program Admissions Committee **(2005-2006)**.

Member, Microbiology and Immunology PIBS Graduate Admissions Committee **(2005-present)**.

Member, LSI Executive Committee, University of Michigan Life Sciences Institute **(2005-present)**.

Member, BSSP Executive Committee, University of Michigan **(2005-present)**

**Discipline-Related Outreach Activities**

Participated in the College of Biological Sciences Visit Days (February 10, 1995) where I spoke to participants on "Biochemistry and Biotechnology".

Mentor for the Minority Students Development Program (Dale Warren Young); University of Minnesota, Summer, 1996.

Science Mentor for the State Regional Science Fair sponsored by the Minnesota Academy of Sciences, March, 1996.

Organized the Intellectual Property Seminar, a workshop held at the University of Minnesota for faculty and students.  Seminar speakers were gathered from local law firms as well as the Patents and Technology Marketing Office; November 25, 1996.

Participated as a mentor for elementary school students Learning Fair, 1995 – 2000.

Young Scientist Roundtable (Wayzata Central Middle School); April 26, 1999.  I gave a presentation entitled, "The Wonder of Antibiotics" to a group of elementary and middle school students and their parents.

Co-chair, University of Miami Oceans and Human Health Center External Advisory Committee, 2004-present.

Community High School Career Day, Ann Arbor, Michigan (2005)

Ann Arbor District Library Lecture, Ann Arbor, Michigan (2006)

## *Technical Consulting and Advising*

Merck and Co. (1991 – 1994)

Wyeth Research (1999 – present)

ChromaXome Corporation (Scientific Advisory Board, 1996 – 1998)

TerraGen Discovery, Inc. (Scientific Advisory Board, 1998 – 1999)

Acera Biosciences, Inc. (Founder and Chair, Scientific Advisory Board; 1999 – present)

Pfizer, Inc. (2003 – present)

International Trade Court, expert witness (Augmentin); 2002-2003

United Kingdom High Court of Justice, expert witness (Augmentin); 2003-2005