# Appendix B

Case 3:04-cv-00929-JBA    Document 208-2    Filed 03/26/07    Page 1 of 7

# Appendix B

## Materials Review

- U.S. Patent No. 4,711,955 and related prosecution history
- U.S. Patent No. 5,328,824 and related prosecution history
- U.S. Patent No. 5,449,767 and related prosecution history
- U.S. Patent No. 5,476,928 and related prosecution history
- U.S. Patent No. 5,082,830 and related prosecution history
- U.S. Patent No. 4,994,373 and related prosecution history
- Prosecution file history for patent application no. 06/255,223
- Expert Report of Larry J. Kricka dated August 18, 2005
- Rebuttal Report of Larry J. Kricka dated September 1, 2005
- Expert Report of Larry J. Kricka dated February 16, 2007
- Applera's Proposed Claim Constructions
- Plaintiffs' Memorandum Identifying Disputed Claim Terms
- Plaintiffs' Memorandum of Law in Support of Their Claim Construction with Exhibits
- Defendants' Opening Claim Construction Brief; and Notice of Manual Filing Exhibits
- Plaintiffs' Reply to Defendants' Opening Claim Construction Brief
- Defendants' Claim Construction Reply Brief
- Prior art charts attached to Defendants' Fourth Supplemental Response to Plaintiffs' Interrogatory No. 7.
- Prior art charts attached to Defendant's Third Supplemental Response to Plaintiffs' Interrogatory No. 7.
- Applera and Tropix's First Set of Requests for Admission to Plaintiffs Enzo Biochem and Enzo Life Science

- Defendants Applera and Tropix's Second Set of Requests for Admission to Plaintiffs Enzo Biochem, Enzo Life Science, and Yale

- Defendants Applera and Tropix's Third Set of Requests for Admission to Plaintiffs Enzo Biochem, Enzo Life Science, and Yale

- Xpress Screen Assay Product Brochure - AP178031-032

- Presentation Depicting Xpress Screen mRNA Detection Assay - AP178049, AP178410

- Xpress Screen Assay Protocol - AP0178080-089

- PCR-Light System Product Brochure - AP184385-386

- PCR-Light System Protocol

- Tropix Catalog Depicting Southern-Light/Southern Star System - AP176640-733

- Southern-Light/Southern Star System Protocol

- SNPlex Genotyping System 48-Plex Quick Reference Card - AP0009923-928

- SNPlex System Starter Kit - ABI Website

- SNPlex Genotyping System-48 Plex Core Reagent Kit - ABI Website

- Presentation Depicting ZipChips & ZipCode - AP1258191-96

- Chemiluminescent RT Labeling Kit - AP0338182-209

- Chemiluminescent RT-IVT Labeling Kit - AP1293608-643

- Chemiluminescence Detection Kit Protocol - AP0047590-629

- Mouse Genome Survey Microarray - ABI Website

- Rat Genome Survey Microarray - AP0350242-275

- Human Genome Survey Microarray - AP0350137-241

- Human Genome Survey Microarray v2.0 - ABI Website

- TaqMan Fluorogenic Probe Structure - AP0024795-800

- TaqMan Fluorogenic Probe Design Form - AP0024801-803

- TaqMan MGB Probe Structure and Marketing Communique - AP1147929-933
- TaqMan MGB Probe: Next Generation TaqMan Chemistry - ABI Website
- TaqMan Reagents Starter Kit - ABI Website
- TaqMan Fast Reagent Starter Kit - ABI Website
- TaqMan RNase P Detection Reagents Kit - ABI Website
- ABI 7500 Fast System Upgrade Kit - ABI Website
- TaqMan SNP Genotyping Assays - ABI Website
- TaqMan Gene Expression Reagents for Drosophilia - AP0488051-055
- TaqMan Endogenous Controls - ABI Website
- TaqMan RNase P 96-Well Instrument Verification Plate - AP0004654
- TaqMan RNase P 384-Well Instrument Verification Plate - AP0006440
- ABI Micro Fluidic Card - AP0487303-469
- TaqMan Low Density Array - AP0309412-417
- TaqMan Universal Master Mix - AP0027443-98
- TaqMan Universal PCR Master Mix - AP0002339-98
- TaqMan One-Step RT-PCR Master Mix Reagents Kit - AP0004341-84
- TaqMan Fast Universal PCR Master Mix  - AP0501958-961
- TaqMan Fast Universal PCR Master Mix (2X) - AP0011610-645
- ABI GeneAmp 5700 SDS Presentation - AP1095148-197
- ABI Prism 7000 SDS - AP0307387-391
- ABI 7300 Real Time PCR System - AP0000509-512
- ABI 7500 Real Time PCR System - AP0000513-516
- ABI Prism 7700 SDS - AP0030661-669

- ABI Prism 7900HT SDS - AP0000177-178

- TaqMan LS-50B PCR Detection System - AP0024789-790

- Basic Structure of Dye-Labeled Terminator - AP082205-208

- dRhodamine Terminator Cycle Sequencing Kit With Amplitaq DNA Polymerase, FS - AP0032041-248

- Structure of Big Dye Terminator - AP061077-103

- Big Dye Terminator v3.0 Ready Reaction Cycle Sequencing Kit (2001) - AP1293156-237

- dGTP Big Dye Terminator Ready Reaction Cycle Sequencing Kit - AP1293388-455

- dGTP Big Dye Terminator Ready Reaction Kit (2002) - AP0008220-267

- dGTP Big Dye Terminator Ready Reaction Kit With Amplitaq DNA Polymerase, FS - AP1292810-851

- dGTP Big Dye Terminator v3.0 Ready Reaction Cycle Sequencing Kit (2001) - AP 1293318-387

- ABI Prism 310 Genetic Analyzer - AP0036890-7147

- ABI Prism 370 Automated DNA Sequencer - AP0024631-654

- ABI Prism 373 DNA Sequencer With Big Dye Filter Wheel - AP0063580-601

- ABI Prism 373A with Variable Well-to-read liner and 5-Filter Wheel - AP0024752-760

- ABI Prism 377 DNA Sequencer - AP0038010-493

- ABI Prism 877 Integrated Thermal Cycler - AP1290939-1154

- ABI Prism 3100/3100-Avant Genetic Analyzer - AP1285742-950

- ABI Prism 3130/3130 xl Genetic Analyzer - AP0046071-266, ABI Website

- ABI Prism 3700 DNA Analyzer - AP0034417-926

- SNPlex System for Use in 3730xl and 3730 DNA  Analyzers ('824 patent?) - AP0048717-719

- Sequence Detection Primers - ABI Website

- Infringement charts

- The Court's October 12, 2006 Claim Construction Ruling

- Yang et al. *Proc. Nat. Acad. Sci. USA* 71, 2838-42 (1974)

- Tournon *Nucleic Acids Research*, 2, 1261-73 (1975)

- Heller et al. EP0070685

- Heller et al. EP0070687

- U.S. Patent No. 4,670,380

- U.S. Patent No. 4,794,073

- DieRiemer et al. *Biochemistry*, 20, 1612-7 (1981)

- Kasai et al. *Nucleic Acid Research*, 7, 231-238 (1979)

- Dale et al. *Proc. Nat. Acad. Sci. USA* 70, 2238-2242 (1973)

- Dale et al. *Biochemistry* 14, 2458-69 (1975)

- Dale Thesis, Yale University, 1975

- Lang et al. *Studia Biophysica*, 81, 139-140 (1980)

- Michelson and Pochon. *Biochimie*, 54, 18-24 (1972)

- Bigge et al. *J. Am. Chem. Soc.*, 102, 2033-2038 (1980)

- Caspersson et al. *Experimental Cell Research*, 58, 128-140 (1969)

- Falkow, U.S. Patent No. 4,358,535

- Kapmeyer et al. *Analytical Biochemistry*, 99, 189-199 (1979)

- Ruth et al., *J. Organic Chem.*, 43(14):2870 (1978)

- Gumport et al. *Nuc. Acid. Res. Symposium Series*, 7, 167-171 (1980)

- Bauman, "Cytochemical Detection of Specific Nucleic Acid Sequences: Development and Application of In Situ Hybridization Methods for Fluorescence Microscopy." Doctoral Thesis, University of Leiden, The Netherlands (1980)

- Sedlacek et al. *J. Immun. Methods*, 26, 11-24 (1979).

- Vogelstein et al., *PNAS*, 76, 615-19 (1979)

- Chard, "An Introduction to Radioimmunoassay and Related Techniques." (1978)

- Langer et al., "Enzymatic Synthesis of Biotin-Labeled Polynucleotides: Novel Nucleic Acid Affinity Probes" *PNAS*, 78, 6633-37 (1981)

- Singer et al., "Actin Gene Expression Visualized in Chicken Muscle Tissue Culture by Using In Situ Hybridization with a Biotinated Nucleotide Analog", *PNAS*, 79, 7331-35 (1982)

- C. Bigge et al., "Palladium-Catalyzed Coupling Reactions of Uracil Nucleosides and Nucleotides," *Journal of the American Chemical Society,* vol. 102, no. 6, pp. 2033-2038 (1980).

- C. Bigge's 1980 Dissertation at the University of Kansas entitled "Part 1. Palladium Catalyzed Covalent Modification of Nucleosides, Nucleotides and Polynucleotides. Part II. Approaches to 5-Aryl Pyrimidine Nucleotides

- Pingoud et al., "Flouresceinylthiocarbamyl-tRNA$^{Tyr}$: a Useful Derivitive of tRNA$^{Tyr}$ (E.coli) for Physiochemical Studies," *Nucleic Acids Research,* vol. 4, no. 2, pp. 327-338 (1977)

- Biographical Sketch of David C. Ward (YU 09850)

- Letter from National Academy of Science to Dr. David C. Ward dated May 14, 1998 regarding membership listing

- Okula, Susan, "Yale Researcher Developing Rapid Medical Test," *The Associated Press*, September 27, 1982

- Malcolm, Sue, "Lighting Up Time," *Nature,* vol. 200, November 11, 1992, pp. 108-109

- Lewin, Roger, "Genetic probes become even sharper; rapid detection of multiple-pathogen infections, including major drug-resistance genes, may be possible using a newly developed technique," *Science*, vol. 221, p. 1167, September 16, 1983