THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ENZO BIOCHEM, INC., ENZO LIFE SCIENCES, INC., and YALE UNIVERSITY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLERA CORP. and TROPIX, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 3-04-CV-929(JBA)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JEFFREY T. PEREZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLERA'S MOTION FOR INVALIDITY OF THE WARD PATENTS**

I, Jeffrey T. Perez, declare, depose and state as follows:

1. I am an attorney with the law firm of Hunton & Williams, LLP and I am one of the attorneys representing Plaintiffs in the above-captioned litigation.

2. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as to their truth.

3. Attached as Exhibit 1 is a is a true and correct copy of excerpted pages of the Claim Construction Ruling of October 12, 2006 in the above-captioned litigation.

4. Attached as Exhibit 2 is a true and correct copy of excerpted pages of the Transcript from the *Markman* Hearing of May 25, 2005 in the above-captioned litigation.

5. Attached as Exhibit 3 is a true and correct copy of the Supplemental Expert Report of Richard R. Sinden, Ph.D. (Supplemental Sinden Report) in the above-captioned litigation.

6. Attached as Exhibit 4 is a true and correct copy of U.S. Patent 5,476,928.

7. Attached as Exhibit 5 is a true and correct copy of U.S. Patent 5,449,767.

8. Attached as Exhibit 6 is a true and correct copy of U.S. Patent 5,328,824.

9. Attached as Exhibit 7 is a true and correct copy of excerpted pages of the Expert Report of Harry F. Manbeck, Jr. (Manbeck Report) served on February 16, 2007 in the above-captioned litigation.

10. Attached as Exhibit 8 is a true and correct copy of the June 24, 1991, Amendment from the '824 Patent Prosecution History ('824 Patent Prosecution History, June 24, 1991).

11. Attached as Exhibit 9 is a true and correct copy of the March 8, 1985, Office Action from the '955 Patent Prosecution History ('955 Office Action, March 8, 1985).

12. Attached as Exhibit 10 is a true and correct copy of the Petition to Make Special filed in the Patent Prosecution History of the '955 Patent on August 17, 1984 ('955 Petition to Make Special).

13. Attached as Exhibit 11 is a true and correct copy of excerpted pages of the Deposition Transcript of Richard Sinden dated April 13, 2006 (Sinden Depo. Tr.) in the above-captioned litigation.

14. Attached as Exhibit 12 is a true and correct copy of excerpted pages of the Deposition Transcript of Dean Engelhardt dated January 16, 2007 (Engelhardt Depo. Tr.) in the above-captioned litigation.

15. Attached at Exhibit 13 is a true and correct copy of Kasai H. et al., "Specific Fluorescent Labeling of 7-(aminomethyl)-7-deazaguanosine Located in the Anticodon of tRNATyr Isolated from E. coli Mutant," Nucleic Acids Res., Vol. 7, No. 1, pp. 231-38 (1979) (Kasai).

16. Attached as Exhibit 14 is a true and correct copy of Pingoud A. et al, "Fluoresceinylthiocarbamyl-tRNATyr: a Useful Derivitive of tRNATyr (E. coli) for Physiochemical Studies," Nucleic Acids Res., Vol. 4, No. 2, pp. 327-38 (1977) (Pingoud).

17. Attached as Exhibit 15 is a true and correct copy of excerpts from the doctoral dissertation of Bauman J.G.J., "Cytochemical Detection of Specific Nucleic Acid Sequences: Development and Application of In Situ Hybridisation Methods for Fluorescence Microscopy," pp. 142-69 (publ. Drukkerji J. H. Pasmans b.v. 's-Gravenhage, Netherlands (1980)) (Bauman).

18. Attached as Exhibit 16 is a true and correct copy of U.S. Patent 5,863,727.

19. Attached as Exhibit 17 is a true and correct copy of excerpts from the Expert Report of Richard R. Sinden of August 18, 2005 (Sinden Expert Report) in the above-captioned case.

20. Attached as Exhibit 18 is a true and correct copy of excerpts from Defendants' Opening Claim Construction Brief.

21. Attached as Exhibit 19 is a true and correct copy of a Facsimile to Steve Macevicz from Ronald Fedus from 1995 with bates labels GT013182-GT013199 as produced in the above-captioned litigation.

22. Attached as Exhibit 20 is a true and correct copy of excerpts of the Letter to Hon. Lawrence J. Goffney, Jr., Assistant Commissioner of Patents from Stephen C. Macevicz with bates labels GT008335-GT008339 as produced in the above-captioned litigation.

23. Attached as Exhibit 21 is a true and correct copy of excerpts of the Rebuttal Expert Report of David Howard Sherman, Ph.D. (Sherman Rebuttal Report) served on March 1, 2007 in the above-captioned case.

24. Attached as Exhibit 22 is a true and correct copy of excerpted pages of the Deposition Transcript of Larry J. Kricka, Ph. D. (Tr. Kricka Depo.) taken on April 19, 2006 in the above-captioned case.

25. Attached as Exhibit 23 is a true and correct copy of excerpted pages of the Memorandum in Support of Plaintiffs' Opposition to Applera's Motion for Summary Judgment of Non-Infringement (Plaintiffs' Opposition to Non-Infringement) in the above-captioned case.

26. Attached as Exhibit 24 is a true and correct copy of excerpted pages of the Declaration of Richard R. Sinden in Support of Plaintiffs' Memorandum in Support of Plaintiffs' Opposition to Applera's Motion for Summary Judgment of Non-Infringement (Sinden Decl. Regarding Non-Infringement) in the above-captioned case.

27. Attached as Exhibit 25 is a true and correct copy of excerpted pages of the Declaration of Larry J. Kricka in Support of Applera's Motion for Partial Summary Judgment of Non-Infringement (Kricka Decl. Regarding Non-Infringement) in the above-captioned case.

28. I declare under the penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

_____
Jeffrey T. Perez

Date:   March 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2007, a copy of the foregoing **Declaration Of Jeffrey T. Perez in Support of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Opposition to Applera's Motion for Summary Judgment of Invalidity of the Ward Patents** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jeffrey T. Perez