UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ENZO BIOCHEM, INC., ENZO LIFE SCIENCES, INC. and YALE UNIVERSITY, | ) ) ) | |
| Plaintiffs | ) ) ) ) | CIVIL ACTION NO. 3-04-CV-929 (JBA) |
| v. | ) ) | |
| APPELERA CORP. and TROPIX, INC. | ) ) ) | |
| Defendants | ) | |

**APPEARANCE**

To the clerk of this court and all parties of record:

    Enter my appearance as counsel in this case on behalf of Plaintiffs Enzo Biochem, Inc., Enzo Life Sciences, Inc. and Yale University in the above-captioned matter.

Date: May 14, 2008

                                                      /s/ Michael Hawes
                                                      Michael Hawes
                                                      Connecticut Federal Bar No: PHV02617
                                                      BAKER BOTTS LLP
                                                      One Shell Plaza, 910 Louisiana
                                                      Telephone No: (713) 229-1590
                                                      Facsimile No: (713) 229-2790
                                                      E-mail address: michael.hawes@bakerbotts.com

CERTIFICATE OF SERVICE

  I certify that on May 14, 2008 a copy of the foregoing Appearance of Michael Hawes was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                /s/ Michael Hawes
                Michael Hawes
                Connecticut Federal Bar No: PHV02617
                BAKER BOTTS LLP
                One Shell Plaza, 910 Louisiana
                Telephone No: (713) 229-1590
                Facsimile No: (713) 229-2790
                E-mail address: michael.hawes@bakerbotts.com