AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF

ENZO, ET AL

V.

ABI

**EXHIBIT AND WITNESS LIST**

Case Number: 3:04CV929 JBA

| PRESIDING JUDGE ARTERTON | PLAINTIFF'S ATTORNEY SPEARS | DEFENDANT'S ATTORNEY GROOMBRIDGE |
|---|---|---|
| TRIAL DATE (S) 10/15/12 | COURT REPORTER MONTINI | COURTROOM DEPUTY TORDAY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 10/15 | | | Dr. Alexander Waldrop            Portland, Me |
| x | | ' | | | Dr. Jon Soderstrom               New Haven, Ct |
| x | | ' | | | |
| x | | ' | | | By Dep   Stephen Macevicz |
| x | | ' | | | By Dep Jonathon Cassel |
| x | | 10/16 | | | Dr. Elazar Rabbani              New York, NY |
| x | | 10/17 | | | Dr. Richard Sinden              Rapid City, SD |
| x | | ' | | | Steven Menchen                  Carlsbad, CA |
| x | | 10/18 | | | Gregory Bell                    Boston, Ma |
| | x | ' | | | Paul Grossman                   Carlsbad, Ca |
| | x | " | | | Ronald Fedus                    Briarwod, NY |
| x | | 10/22 | | | By Dep   Haley Fiske |
| | x | ' | | | Dr. Peter Christy               San Francisco, CA |
| | x | " | | | Dr. Michael Hunkapiller         Menlo Prk, Ca |
| | | 10/18 | | | By Dep.  Jonathan Cassel        Redwood Ca |
| | x | 10/22 | | | Dr. Larry Kricka                Philadelphia Pa |
| | | 10/23 | | | Cont Larry Kricka |
| | x | ' | | | By Dep   David C. Ward |
| | x | ' | | | By Dep   Jon Cassel |
| | x | ' | | | Brian Napper                    San Francisco, Ca |
| | | 10/24 | | | Cont B. Napper |
| | x | ' | | | By Dep   Robert K. Bickerton |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT

DISTRICT OF

ENZO, ET AL

V.

ABI

**EXHIBIT AND WITNESS LIST**

Case Number: 3:04CV929 JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ARTERTON | SPEARS | GROOMBRIDGE |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/15/12 | MONTINI | TORDAY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 10/24 | | | By Dep J. Bauman |
| x | | ' | | | Dr. David Sherman      Ann Arbor, MI |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.