# UNITED STATES DISTRICT COURT

DISTRICT OF _____

ENZO, ET AL

V.

ABI

## EXHIBIT AND WITNESS LIST

Case Number:  3:04CV929 JBA

| PRESIDING JUDGE ARTERTON | PLAINTIFF'S ATTORNEY SPEARS | DEFENDANT'S ATTORNEY GROOMBRIDGE |
|---|---|---|
| TRIAL DATE (S) 10/15/12 | COURT REPORTER MONTINI | COURTROOM DEPUTY TORDAY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | See attached list: |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| Trial Exhibit No. | Description of Exhibit |
| --- | --- |
| PTX 0001 | Amendment No. 1 to Agreement for License between Yale University and Enzo Biochem, Inc. |
| PTX 0002 | Yale-Enzo Agreement Amendment, April 10, 1986 |
| PTX 0005 | U.S. Patent No. 5,863,727 |
| PTX 0006 | US Patent No. 5,800,996 |
| PTX 0007 | U.S. Patent No. 5,945,526 |
| PTX 0008 = Fiske 15 | "No one else offers the full sequence" |
| PTX 0012 = Macevicz 5 | Letter from Steve Macevicz, Esq. to Dr. Elazar Rabbani regarding an upcoming meeting, dated January 13, 1995 |
| PTX 0018 = Macevicz 3 | Letter from Macevicz to Rabbani; subject line mentions a meeting on October 26, 1994 |
| PTX 0022 | letter to Dr. Andre Marion from Elazar Rabbani, Ph.D. regarding nonradioactive labeling and detection of nucleic acids and Enzo's patents and products in that area |
| PTX 0025 | 2/5/1996 fax from Dr. Elazar Rabbani to Joseph Smith regarding selecting a proposed date for the upcoming meeting |
| PTX 0030 = Macevicz 6 | 1/27/1995 fax from Steve Macevicz to Elazar Rabbani regarding confidential disclosure agreement for allowed patent claims |
| PTX 0032 = Macevicz 13 | Facsimile to Steve Macevicz, Esq. from Ronald C. Fedus, Esq. enclosing an executed Confidential Disclosure Agreement and Enzo's allowed claims 195-212,214-236, and 238-267 referenced in the agreement dated February 10, 1995 |
| PTX 0041 | Facsimile letter from Elazar Rabbani, Ph.D. to Anthony White requesting a meeting, dated June 11, 1998 |
| PTX 0044 | 2/5/1996 fax from Dr. Elazar Rabbani to Joseph Smith regarding selecting a proposed date for the upcoming meeting |
| PTX 0052 | Letter from William B. Sawch to Elazar Rabbani, Ph.D. regarding issues discussed in previous letter, dated June 17, 1998 |
| PTX 0055 | Fax to Michael Hunkapiller from Dr. Elazar Rabbani, 5/15/95 re scheduling meeting |

| Trial Exhibit No. | Description of Exhibit |
|---|---|
| PTX 0056 | Letter to Michael Hunkapiller from Elazar Rabbani, 3/30/95 re establishing a business relationship and attaching a Distributorship Agreement Draft |
| PTX 0059 = Macevicz 15 | Letter to Hon. Lawrence J. Goffney, Jr. from Stephen C. Macevicz, Esq. regarding the issuance of the third Ward patent dated March 7, 1995 |
| PTX 0076 | Agreement for License Between Yale University and Enzo Biochem, Inc. , 12/4/1981 |

| Trial Exhibit No. | Description of Exhibit |
|---|---|
| PTX 0149 | Amersham-U. Cal. license effective Oct. 1, 1995 |
| PTX 0152 | Pre-Developed TaqMan Assay Reagents (Allelic Discrimination) Protocol (1999) |
| PTX 0237 | 7/24/1987 Fax from Legal Department to Elazar Rabbani regarding term sheet |
| PTX 0241 | Handwritten notes/misc documents from folder/notebook titled JWE JANCO AUG '00 by J William Efcavitch |
| PTX 0276 | Letter to Michael Hunkapiller from Elazar Rabbani, 8/05/97 re our understanding of your positions |
| PTX 0315 | Khan, et al. (1999), "Dye Terminator Chemistry: Effects of Substrate Structure on Sequencing Analysis," PE Applied Biosystems |
| PTX 0330 = Fiske 19 | ABI Prism dGTP BigDye Terminator Reaction Kit Product Development Plan, PE Applied Biosystem Division, September 11, 1998 |
| PTX 0415 | Letter from Peter Barrett to the Board of Directors regarding business development |
| PTX 0434 | Sequence Analysis License Agreement |
| PTX 0445 | 3'-Fluoro Terminators |

| Trial Exhibit No. | Description of Exhibit |
|---|---|
| PTX 0453 | Agreement between Applied Biosystems and California Institute of Technology relating to Automated DNA Sequencing Apparatus dated 1/14/88 |
| PTX 0470 | ABI Prism dRhodamine Terminator Cycle Sequencing Ready Reaction Kit Protocol (2003) with AmpliTaq DNA Polymerase FS |
| PTX 0639 | Letter to Worldwide Genetic Analysis Sales and Support Personnel from Susan Eddins re and enclosing 3700 Price List and Running Cost Analysis, dated 12/2/98 |
| PTX 0642 | Email to Ugo DeBlasi from Greg Schiff re Celera Pricing Update, dated 3/29/99 |
| PTX 0878 = Fiske 13 | AB presentation titled DNA Sequencing Consumables: Product Line Update & FY'04 Plan Europe by Eric Ferguson January '03 |
| PTX 0955 | Rosenblum et al., New Dye-Labeled Terminators for Improved DNA Sequencing Patterns, Nucleic Acids Research, Vol.25, No. 22, November 15, 1997 |
| PTX 1030 | ABI Prism 310 Genetic Analyzer |

| Trial Exhibit No. | Description of Exhibit |
|---|---|
| PTX 1031 | ABI Prism 3700 DNA Analyzer |

| Trial Exhibit No. | Description of Exhibit |
|---|---|
| PTX 1096 | Caltech License Agreement between Perkin-Elmer Corporation and Shimadzu Corporation dated 7/12/99 |
| PTX 1097 | Sublicense Agreement between Perkin-Elmer Corporation and Shimadzu Corporation dated 7/12/99 |
| PTX 1122 | Excerpted pages from Applera, Corp.'s Form 10-K filed September 25, 1998 |
| PTX 1148 | BigDyeTerminator v3.1 Cycle Sequencing Kit Protocol (2002) |
| PTX 1158 | Automated DNA Sequencing Chemistry Guide (2000) |

| Trial Exhibit No. | Description of Exhibit |
|---|---|
| PTX 1160 = Fiske 11 | Product bulletin dRhodamine Terminator Cycle Sequencing Kit |
| PTX 1164 = Fiske 3 | BigDye Terminator v3.1 and v1.1 Cycle Sequencing Kits Frequently Asked Questions |
| PTX 1165 | Product bulletin BigDye Terminator v3.1 and v1.1 Cycle Sequencing Kits |
| PTX 1169 | ABI PRISM® BigDye™ Terminator Cycle Sequencing Kits |
| PTX 1180 | 6/29/1995 Fax from Drl Elazar Rabbani to Mr. Steve Macevicz re Distribution Agreement |
| PTX 1183 | 9/18/1995 Correspondence to Dr. Michael Hunkapiller from Elazar Rabbani enclosing US Patent 5,449,767 |
| PTX 1192 | Membership Listing of David Ward to the National Academies, www4.nationalacademies.org/nas/naspub.nsf |
| PTX 1206 | Certified Copy of U.S. Patent No. 5,449,767 |
| PTX 1231 | Assignment from Alexander A. Waldrop, Pennina R. Langer, and David C. Ward to Yale |
| PTX 1235 | Marked in Court, Handwritten notes on page DTX 152.045 |
| PTX 1243 | Stephen Turner Biography |
| PTX 1244 | Michael Phillips Biography |
| PTX 1245 | The Human Genome from Science, 2/16/2001 Vol 291, No.5507 |
| PTX 1250 | A New Hybridocytochemical Method Based on Mercurated Nucleic Acid Probes and Sulhydryl-hapten Ligands; Histochemistry (1986) 84:169-178 |
| PTX 1251 | A New Hybridocytochemical Method Based on Mercurated Nucleic Acid Probes and Sulhydryl-hapten Ligands; Histochemistry (1986) 84:179-185 |
| PTX 1252 | A non-radioactive *in situ* hybridization method based on mercurated nucleic acid probes and sulfhydryl-hapten ligands |
| PTX 1253 | Efforts of pH and Solvent on the Fluorescence Properties of Biomedically Important Benzamides. Application to Determination in Drugs and in Human Urine |
|  |  |