UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT NEW HAVEN
11/1/12
Roberta D. Tabora, Clerk
By_____ Deputy Clerk

| | |
|---|---|
| ENZO BIOCHEM, INC., ENZO LIFE SCIENCES, INC., and YALE UNIVERSITY | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION |
| vs. | ) NO. 3:04cv929 (JBA) ) ) |
| APPLERA CORP. and TROPIX INC. | ) ) ) |
| Defendants. | ) ) |

## JURY VERDICT FORM

### A. INFRINGEMENT

**Question 1 (Direct Infringement)**

Do you find that Enzo has proved it is more likely than not that ABI directly infringes one or more of the following claims of the '767 patent by manufacturing and/or selling accused reagent products? (Instructions at page 15.)

    Yes (finding for Enzo)    ✓

    No (finding for ABI)    ____ [skip to Question 2]

If Yes, which claims do you find that ABI directly infringed:

| | YES (finding for Enzo) | NO (finding for ABI) |
|---|---|---|
| Claim 1 | ✓ | |
| If "No" for Claim 1, skip to Question 2. | | |
| Claim 8 | ✓ | |
| Claim 67 | ✓ | |
| Claim 68 | ✓ | |
| Claim 70 | ✓ | |

1

**Question 2 (Indirect Infringement)**

(a) **(i) Infringement by Inducement.** (Instructions at page 17.) Do you find that Enzo has proved it is more likely than not that ABI induces its customers to infringe one or more of the following claims of the '767 patent by selling DNA sequencing instruments?

Yes (finding for Enzo)  ✓

No (finding for ABI)  ____ [skip to Question 2(a)(ii)]

If Yes, which claims do you find that ABI's sequencing instruments sales induced others to infringe:

|  | YES (finding for Enzo) | NO (finding for ABI) |
|---|---|---|
| Claim 1 | ✓ |  |
| If "No" for Claim 1, skip to Question 2(b). | | |
| Claim 8 | ✓ |  |
| Claim 67 | ✓ |  |
| Claim 68 | ✓ |  |
| Claim 70 | ✓ |  |

2

(a) (ii) **Infringement by Inducement.** (Instructions at page 17.) Do you find that Enzo has proved it is more likely than not that ABI induces its customers to infringe one or more of the following claims of the '767 patent by selling reagent products?

Yes (finding for Enzo)   ✓

No (finding for ABI)   ____ [skip to Question 2(b)]

If Yes, which claims do you find that ABI's reagent sales induced others to infringe:

|  | YES (finding for Enzo) | NO (finding for ABI) |
|---|---|---|
| Claim 1 | ✓ |  |
| If "No" for Claim 1, skip to Question 2(b). | | |
| Claim 8 | ✓ |  |
| Claim 67 | ✓ |  |
| Claim 68 | ✓ |  |
| Claim 70 | ✓ |  |

(b) **Contributory Infringement.** (Instructions at page 18.) Do you find that Enzo has proved it is more likely than not that ABI contributorily infringes one or more of the following claims by its sale of sequencing instruments?

Yes (finding for Enzo)   ____

No (finding for ABI)   ✓ [skip to Question 3]

If Yes, which claims do you find that ABI has infringed by contributory infringement:

|  | YES (finding for Enzo) | NO (finding for ABI) |
|---|---|---|
| Claim 1 |  | ✓ |
| If "No" for Claim 1, skip to Question 3. | | |
| Claim 8 |  |  |

3

|           |  |  |
|-----------|--|--|
| Claim 67  |  |  |
| Claim 68  |  |  |
| Claim 70  |  |  |

## B. INVALIDITY

### Question 3

Do you find that ABI has proved that it is highly probable that one or more of the following claims of the '767 patent was anticipated by the prior art? (Instructions at page 25.)

    Yes (anticipated) (finding for ABI)     \_\_\_\_

    No (not anticipated)(finding for Enzo)   ✓ [skip to Question 4]

If Yes, which claims do you find were anticipated by the prior art:

|           | YES (finding for ABI) | NO (finding for Enzo) |
|-----------|-----------------------|-----------------------|
| Claim 1   |                       | ✓                     |
| If "No" for Claim 1, skip to Question 4. |||
| Claim 67  |                       |                       |
| Claim 68  |                       |                       |
| Claim 70  |                       |                       |

### Question 4

Do you find that ABI has proved that it is highly probable that one or more of the following claims of the '767 patent would have been obvious in view of the prior art? (Instructions at page 26.)

    Yes (obvious) (finding for ABI)     \_\_\_\_

    No (not obvious) (finding for Enzo)   ✓ [skip to Question 5]

If Yes, which claims do you find were obvious in light of the prior art:

4

|  | YES (finding for ABI) | NO (finding for Enzo) |
|---|---|---|
| Claim 1 |  | ✓ |
| If "No" for Claim 1, skip to Question 5. | | |
| Claim 8 |  |  |
| Claim 67 |  |  |
| Claim 68 |  |  |

**Question 5**

Do you find that ABI has proved that it is highly probable that one or more of the following claims of the '767 patent are not enabled by the patent specification to the full scope of what is claimed? (Instructions at page 22.)

    Yes (not enabled) (finding for ABI)   _____

    No (enabled) (finding for Enzo)   ✓  [skip to Question 6]

If Yes, which claims do you find are not enabled:

|  | YES (finding for ABI) | NO (finding for Enzo) |
|---|---|---|
| Claim 1 |  | ✓ |
| Claim 8 |  | ✓ |
| Claim 67 |  | ✓ |
| Claim 68 |  | ✓ |
| Claim 70 |  | ✓ |

5

**Question 6**

Do you find that ABI has proved that it is highly probable that one or more of the following claims of the '767 patent lack written description in the patent specification? (Instructions at page 20.)

Yes (lacking written description) (finding for ABI) _____

No (proper written description) (finding for Enzo) ✓ [skip to Question 7]

If Yes, which claims do you find lack written description:

|         | YES (finding for ABI) | NO (finding for Enzo) |
|---------|----------------------|----------------------|
| Claim 1 |                      | ✓                    |
| Claim 8 |                      | ✓                    |
| Claim 67|                      | ✓                    |
| Claim 68|                      | ✓                    |
| Claim 70|                      | ✓                    |

*You will be answering Question 7 only if you found that at least one claim of the '767 patent was infringed and valid—that is, that you answered Yes to Question 1, 2(a) or 2(b), and you answered No to Questions 3–6. Otherwise, your deliberations are completed, and the Foreperson should sign and date the verdict form and return it in Court.*

C. <u>LACHES</u> (Instructions at page 31.)

**Question 7**

  (a) Do you find that ABI has proved that it is more likely than not that Enzo's delay in filing this lawsuit was unreasonable and unjustified?

      Yes (finding for ABI)    \_\_\_\_\_

      No (finding for Enzo)    ✓

  (b) Do you find that ABI has proved that it is more likely than not that as a result of Enzo's delay in filing this lawsuit, ABI was materially prejudiced?

      Yes (finding for ABI)    \_\_\_\_\_

      No (finding for Enzo)    ✓

  (c) If you answered Yes to (a) and (b), do you find that, in fairness, laches should apply?   n/a

      Yes (finding for ABI)    \_\_\_\_\_

      No (finding for Enzo)    \_\_\_\_\_

## D. WILLFULNESS

*You will be answering the following Questions only if you found that at least one claim of the '767 patent was infringed and valid—that is, that you answered Yes to Question 1, 2(a) or 2(b), and you answered No to Questions 3-6. Otherwise, your deliberations are completed, and the Foreperson should sign and date the verdict form and return it in Court.*

### Question 8

Do you find that Enzo has proved that it is highly probable that ABI's infringement of Enzo's valid '767 patent was willful? (Instructions at page 29.)

    Yes (willful) (finding for Enzo)    \_\_\_\_\_

    No (not willful) (finding for ABI)    ✓

### E. DAMAGES

*If you answered No to any part of Question 7, and you found at least one claim of the '767 patent infringed <u>and</u> valid, please answer the following Question 9.*

### Question 9

**9(a). Reasonable Royalty Damages—Reagent Products**

If you found infringement of one or more claims of the '767 patent under Question 1 or 2(a)(ii), and if you found those infringed claims not to be invalid under Questions 3, 4, 5, and 6, what amount of monetary damages will compensate Enzo for ABI's infringement by ABI's manufacture, use, or sale of reagent products:

$  48,587,500.

**9(b). Reasonable Royalty Damages—DNA Sequencing Instruments.**

If you found infringement of one or more claims of the '767 patent under Question 2(a)(i) or 2(b), and if you found those infringed claims not to be invalid under Questions 3, 4, 5, and 6, what amount of monetary damages will compensate Enzo for ABI's infringement by ABI's sale of DNA sequencing instruments:

$ 0

**Question 10**

*If you answered "Yes" to all parts of Question 7 (Laches), Enzo is only entitled to recover damages against ABI for acts that occurred after Enzo filed this lawsuit on June 7, 2004.*

**10(a). Reasonable Royalty Damages—Reagent Products**

If you found infringement of one or more claims of the '767 patent under Question 1 or 2(a)(ii), and if you found those infringed claims not to be invalid under Questions 3, 4, 5, and 6, what amount of monetary damages will compensate Enzo for ABI's infringement by ABI's manufacture, use, or sales of reagent products from June 7, 2004 to December 8, 2004:

$ n\a

**10(b). Reasonable Royalty Damages—DNA Sequencing Instruments**

If you found infringement of one or more claims of the '767 patent under Questions 2(a)(i) or 2(b), and if you found those infringed claims not to be invalid under Questions 3, 4, 5, and 6, what amount of monetary damages will compensate Enzo for ABI's infringement by ABI's sale of DNA sequencing instruments from June 7, 2004 to December 8, 2004:

$ n\a

I certify that the foregoing answers each represent the unanimous decision of the trial jury.

New Haven, Connecticut
~~October~~ 1, 2012
November

/s/
_____
Foreperson

10