UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ENZO BIOCHEM, INC.
ENZO LIFE SCIENCES, INC.
YALE UNIVERSITY ("Enzo")

     v.                                  Civil No.  3:04CV929 (JBA)

APPLERA CORP
TROPIX  INC. ("ABI")

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Janet Bond Arterton, United States District Judge.

On November 1, 2012, after deliberation, the jury returned a verdict for the plaintiffs, Enzo Biochem Inc, Enzo Life Sciences Inc. and Yale University and found that the defendants infringed by direct and by induced infringement Claims 1, 8, 67, 68 and 70 of the '767 patent; with no contributory infringement on said claims by Applera and Tropix Inc.; with royalty damages for reagent products on one or more claims of the '767 patent in the amount of $48,587,500.00.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiffs Enzo Biochem Inc, Enzo Life Sciences Inc. and Yale University and found that the defendants infringed by direct and by induced infringement  Claims 1, 8, 67, 68  and 70 of the '767 patent; with no contributory infringement on said claims by Applera and Tropix Inc.; with royalty damages for reagent products on one or more claims of the '767 patent in the amount of $48,587,500.00 and the case is closed.

Dated at New Haven, Connecticut: November 7, 2012

                                                Robin D. Tabora  Clerk

                                             _____/s/_____
                                               By: Betty J. Torday
                                                  Deputy Clerk

EOD:____11/7/12__