## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ENZO BIOCHEM, INC.
ENZO LIFE SCIENCES, INC.
YALE UNIVERSITY("Enzo")

    v.                                     Civil No.  3:04cv 929  (JBA)

APPLERA CORP.
TROPIX INC. ("ABI")

## AMENDED
## J U D G M E N T

This matter came on for trial before a jury and the Honorable Janet Bond Arterton, United States District Judge.

On November 1, 2012, after deliberation, the jury returned a verdict for the plaintiffs, Enzo BioChem Inc., Enzo Life Sciences, Inc. And Yale University and found that the defendants infringed by direct and by induced infringement Claims 1, 8, 67, 68 and 70 of the '767 patent; with no contributory infringement on the said claims by Applera and Tropix Inc.; with royalty damages for reagent products on one or more claims of the '767 patent in the amount of $48,587,500.00.  On January 3, 2014, the Court granted plaintiffs motion for award of pre and post-judgment interest in the amount of $12,428,728.00 for a total award of $61,016.228.  Post-judgment interest shall be awarded on the total judgment of $61,016,228.00 from November 7, 2012 until the judgment is satisfied.

EOD 1/7/14

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for plaintiffs, Enzo BioChem Inc., Enzo Life Sciences, Inc. And Yale University and found that the defendants infringed by direct and by induced infringement Claims 1, 8, 67, 68 and 70 of the '767 patent; with no contributory infringement on the said claims by Applera and Tropix Inc.; with royalty damages for reagent products on one or more claims of the '767 patent in the amount of $48,587,500.00. On January 3, 2014, the Court granted plaintiffs motion for award of pre and post-judgment interest in the amount of $12,428,728.00 for a total award of $61,016.228.  Post-judgment interest shall be awarded on the total judgment of $61,016,228.00 from November 7, 2012 until the judgment is satisfied.

Dated at New Haven, Connecticut this 7th of January, 2014.

ROBERTA D. TABORA, Clerk

_____/s/_____
Betty J. Torday
Deputy Clerk