UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ENZO BIOCHEM, INC., ET AL | : | CIVIL ACTION |
| | : | NO. 3:04-CV-00929 (JBA) |
| PLAINTIFFS | : | |
| v. | : | |
| APPLERA CORP., ET AL | : | |
| DEFENDANTS | : | DECEMBER 18, 2014 |

## REQUEST TO WITHDRAW APPEARANCE

The undersigned counsel, on behalf of defendant, Yale University, hereby respectfully requests the Court to withdraw the appearance of Patrick M. Noonan as counsel for said defendant. The reason for said request is that Yale University has other counsel.

        DEFENDANT
        YALE UNIVERSITY

By: /s/
    PATRICK M. NOONAN – CT00189
    DONAHUE, DURHAM & NOONAN, P.C.
    Concept Park, Suite 306
    741 Boston Post Road
    Guilford, CT 06437
    Telephone: (203) 458-9168
    Fax: (203) 458-4424
    Email: pnoonan@ddnctlaw.com

## CERTIFICATION

I hereby certify that the foregoing was filed electronically and served by mail on anyone unable to accept electronic mail. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
PATRICK M. NOONAN